UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
               Plaintiff,          :   Civil Action
                                   :   No. 05-11853-WGY
       v.                          :
                                   :
BIOPURE CORPORATION, THOMAS        :
MOORE, HOWARD RICHMAN, and JANE    :
KOBER,                             :
                                   :
               Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

        Please enter my appearance as counsel of record for defendant Jane Kober in the above-captioned action.

Dated: September 20, 2005        Respectfully submitted,
       Boston, Massachusetts

                                    /s/ Thomas J. Dougherty
                                    Thomas J. Dougherty (BBO #132300)
                                    SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                    One Beacon Street
                                    Boston, Massachusetts 02108
                                    (617) 573-4800

                                    Counsel for Defendant
                                    Jane Kober