UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :
                Plaintiff,           :   Civil Action
                                     :   No. 05-11853-WGY
        v.                           :
                                     :
BIOPURE CORPORATION, THOMAS          :
MOORE, HOWARD RICHMAN, and JANE      :
KOBER,                               :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant Jane Kober in the above-captioned action.

Dated: September 20, 2005          Respectfully submitted,
       Boston, Massachusetts

                                   /s/ Justin J. Daniels
                                   Justin J. Daniels (BBO #656118)
                                   SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                   One Beacon Street
                                   Boston, Massachusetts 02108
                                   (617) 573-4800

                                   Counsel for Defendant
                                   Jane Kober