UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>Plaintiff ) <br> ) <br>v. ) <br> ) <br>BIOPURE CORPORATION, THOMAS MOORE, ) <br>HOWARD RICHMAN AND JANE KOBER, ) <br>Defendants ) | C.A. No. 05-11853-WGY |

## ENTRY OF APPEARANCE

In connection with the above captioned action, please enter my appearance as counsel for

**Howard Richman**:

**Mary Patricia Cormier (B.B.O. No. 635756)**

EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

By their attorneys

Dated: September 21, 2005

/s/ Mary Patricia Cormier
John D. Hughes (B.B.O. No. 243660)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170