# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 05-11853-WGY |
| | ) | |
| BIOPURE CORPORATION, THOMAS MOORE, | ) | |
| HOWARD RICHMAN AND JANE KOBER, | ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

In connection with the above captioned action, please enter my appearance as counsel for

**Howard Richman**:

### John D. Hughes (B.B.O. No. 243660)

EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

By their attorneys

Dated: September 21, 2005

/s/ John D. Hughes
John D. Hughes (B.B.O. No. 243660)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
Tel.  617-439-4444
Fax.  617-439-4170