UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITES and EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOPURE CORPORATION, THOMAS )<br>MOORE, HOWARD RICHMAN, and )<br>JANE KOBER )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-11853-WGY |

**CERTIFICATE OF CATHY A. FLEMING
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Cathy A. Fleming, on oath depose and state as follows:

1. I am over 18 years of age, am competent to testify, and I have personal knowledge of the facts set forth herein.

2. I am a partner with Edwards & Angell LLP, 750 Lexington Avenue, New York, New York, 10022.

3. I am admitted to the practice of law in the following courts: State of New York, State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of New Jersey, the Courts of Appeals for the Second, Third and Fifth Circuits and the U.S. Supreme Court. I am in good standing in each of the courts to which I have been admitted.

4. I am eligible to practice in each of the courts to which I have been admitted.

5. I am not currently, nor have I ever been, suspended or disbarred in any jurisdiction.

6.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.	There are not now, nor have there ever been, any disciplinary matters involving me.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON SEPTEMBER 20, 2005.

_____
CATHY A. FLEMING