UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>        Defendants. | C.A. No. 05-11853-WGY |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Thomas Moore in the above-captioned action.

Dated: September 22, 2005

Respectfully submitted,

*/s/ Bernard J. Bonn III*

Bernard J. Bonn III (BBO #049140)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

COUNSEL FOR DEFENDANT
THOMAS MOORE