UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>            Defendants. | C.A. No. 05-11853-WGY |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Thomas Moore in the above-captioned action.

Dated: September 22, 2005

Respectfully submitted,

_____
Erica L. Hovani (BBO #655030)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

COUNSEL FOR DEFENDANT
THOMAS MOORE

10220533.1.LITIGATION