AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Securities and Exchange Commission,

            Plaintiff

V.

Biopure Corporation, Thomas Moore,
Howard Richman and Jane Kober,
            Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 CA 11853 \ GY

TO: (Name and address of Defendant)

Jane Kober
c/o Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and add

    Ian D. Roffman
    Securities and Exchange Commission
    73 Tremont Street  Suite 600
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service  his summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken again  ou for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasona  period of time after service.



SAR...

CLERK

(By) DEPUTY CLERK

SEP 1 4 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9-15-05 |
| NAME OF SERVER (PRINT) STEPHANIE DESISTO | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): _Counsel for Defendant agreed to accept service. Service effected on 9/15/05 via fax and U.S. Mail. See attached as Exhibit 2_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-23-05      _Stephanie deSisto_
              Date         Signature of Server

_73 Tremont St. Boston, MA 02108_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
6TH FLOOR
73 TREMONT STREET
BOSTON, MASSACHUSETTS 02108

IN REPLYING PLEA    JOTE

IAN D. ROFFMAN
Tel: (617) 573-8987
Fax: (617) 424-5940

September 15, 2005

**Via Facsimile and U.S. Mail**
617-573-4822
Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108

Re:    Securities and Exchange Commission v. Biopure Corporation, et al
       United States District Court D. MA Civil Action # 05cv11853 (WGY)

Dear Mr. Dougherty:

Enclosed please find a Summons and copy of the Complaint filed on September 14, 20 in the above captioned case. Thank you for agreeing to accept service on behalf of your client Jane Kober.

Please contact me if you would like to discuss this matter further.

Very truly yours,

Ian D. Roffman

Enclosures

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO              4216
    CONNECTION TEL                    86175734822
    SUBADDRESS
    CONNECTION ID
    ST. TIME              09/15 10:30
    USAGE T               15'27
    PGS.                  52
    RESULT                OK
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Boston District Office
73 Tremont Street, Sixth Floor
Boston, Massachusetts 02108



FAX TRANSMITTAL SHEET

From:  Ian D. Roffman, Esq.

Telephone Number:  (617) 573-8987
Telecopier Number:  (617) 424-5940

September 15,   05
(Date)

PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:   Thomas J. Dougherty, Esq.

Fax:    617-573-4822

Total Number of Pages (including cover sheet):   51

MESSAGE: _____