AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Securities and Exchange Commission,

Plaintiff

V.

Biopure Corporation, Thomas Moore, Howard Richman and Jane Kober,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CA 11853 W JY**

TO: (Name and address of Defendant)

Howard Richman
c/o Cathy Fleming, Esq.
Edwards and Angell, LLP
750 Lexington Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and add

Ian D. Roffman
Securities and Exchange Commission
73 Tremont Street  Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service  this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken agai  you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reason  period of time after service.

SARA        (seal)                    SEP 14 2005

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-19-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| STEPHANIE DEZOTO | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): Counsel for Defendant agreed to accept service. Service effected on 9/19/05 via fax and U.S. mail. See attached letter agreement.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-23-05
            Date            Stephanie Dezoto
                            *Signature of Server*

                73 Tremont St, Boston, MA 02_
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
6TH FLOOR
73 TREMONT STREET
BOSTON, MASSACHUSETTS 02108

IN REPLYING    ASE QUOTE

**IAN D. ROFFMAN**
Tel: (617) 573-8987
Fax: (617) 424-5940

September 19, 2005

**Via Facsimile and U.S. Mail**
617-439-4170
John D. Hughes, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

    Re:    Securities and Exchange Commission v. Biopure Corporation, et al
            United States District Court D. MA Civil Action # 05cv11853 (WGY)

Dear Mr. Hughes:

    Enclosed please find a Summons and copy of the Complaint filed on September 14, 2005 in the above captioned case. Thank you for agreeing to accept service on behalf of your client Howard Richman.

    Please contact me if you would like to discuss this matter further.

                             Very truly yours,

                             Ian D. Roffman

Enclosures

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2525
CONNECTION TEL              816174394170
SUBADDRESS
CONNECTION ID
ST. TIME              09/19 14:27
USAGE T               07'45
PGS. SENT             52
RESULT                OK
```



# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# BOSTON DISTRICT OFFICE
73 Tremont Street
6th Floor
Boston, Massachusetts 02108-3912

## TELECOPIER TRANSMITTAL SHEET

9-19-05
(Date)

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: JOHN D. HUGHES, ESQ.

COMPANY/OFFICE: EDWARDS & ANGELL

TELEPHONE NO:

TELECOPIER NO: 617-439-4170

FROM

NAME: IAN ROFFMAN

COMPANY/OFFICE: SEC Boston District Office

TELECOPIER NO: 617-424-5945

Total Number of pages 52 including cover sheet.

MESSAGE: Summons + Complaint SEC v. Biopure, et al