AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Securities and Exchange Commission,

Plaintiff

V.

Biopure Corporation, Thomas Moore, Howard Richman and Jane Kober,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 CA 11853 7GY

TO: (Name and address of Defendant)

Thomas Moore
c/o Paul Huey Burns, Esq.
Dechter, LLP
10 Post Office Square
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and add

Ian D. Roffman
Securities and Exchange Commission
73 Tremont Street  Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after servic  this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken aga  you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reason  period of time after service.



SARA _____  

CLERK

(By) DEPUTY CLERK

SEP 14 20

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-15-05 |
| NAME OF SERVER (PRINT) STEPHANIE DESITO | TITLE PARALEGAL |

Check one box below to indicate appropriate method of service

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): COUNSEL FOR DEFENDANT AGREED TO ACCEPT SERVICE. SERVICE EFFECTED ON 9/15/05 VIA FAX AND U.S. MAIL. SEE ATTACHED LETTER OF AGREEMENT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/05               Stephanie DeSisto
              Date                    Signature of Server

              73 Tremont St., Boston, MA 02108
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
6TH FLOOR
73 TREMONT STREET
BOSTON, MASSACHUSETTS 02108

IN REPLYING PLE⸺ ⸺UOTE

IAN D. ROFFMAN
Tel: (617) 573-8987
Fax: (617) 424-5940

September 15, 2005

**Via Facsimile and U.S. Mail**
617-426-6567

Bernard Bonn, Esq.
Dechert, LLP
200 Clarendon Street # 27
Boston, MA 02116

    Re:    Securities and Exchange Commission v. Biopure Corporation, et al
             United States District Court D. MA Civil Action # 05cv11853 (WGY)

Dear Mr. Bonn:

    Enclosed please find a Summons and copy of the Complaint filed on September 14, 200( in the above captioned case. Thank you for agreeing to accept service on behalf of your client Thomas Moore.

    Please contact me if you would like to discuss this matter further.

                                   Very truly yours,

                                   Ian D. Roffman

Enclosures

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                4215
CONNECTION TEL                    86174266567
SUBADDRESS
CONNECTION ID
ST. TIME                09/15 10:14
USAGE T                 15'28
PGS.                    52
RESULT                  OK
```

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Boston District Office
73 Tremont Street, Sixth Floor
Boston, Massachusetts 02108



**FAX TRANSMITTAL SHEET**

From: Ian D. Roffman, Esq.

Telephone Number: (617) 573-8987
Telecopier Number: (617) 424-5940

<u>September 15, 20</u>
(Date)

PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:   Bernard Bonn, Esq.

Fax:    617-426-6567

Total Number of Pages (including cover sheet):   _51_

MESSAGE: _____