UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN and JANE KOBER,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 05 CA 11853 WGY |

## NOTICE OF APPEARANCE

Please notice the appearance of the undersigned, Anthony E. Fuller, as counsel for the Defendant Biopure Corporation.

**BIOPURE CORPORATION,**

By its attorneys,

/s/ Anthony E. Fuller
Robert A. Buhlman, BBO #554393
Anthony E. Fuller, BBO #633246
Michael D. Blanchard, BBO #636860
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on October 11, 2005.

/s/ Anthony E. Fuller
Anthony E. Fuller

LITDOCS/618276.1