UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN and JANE KOBER,<br><br>                          Defendant. | CIVIL ACTION<br>NO. 05 CA 11853 WGY |

## DEFENDANT BIOPURE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant Biopure Corporation hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

**BIOPURE CORPORATION,**

By its attorneys,

/s/ Anthony E. Fuller
Robert A. Buhlman, BBO #554393
Anthony E. Fuller, BBO #633246
Michael D. Blanchard, BBO #636860
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on October 11, 2005.

/s/ Anthony E. Fuller
Anthony E. Fuller

LITDOCS/618322.1