UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


SEC

V.                                              CIVIL ACTION

                                                NO. 05-11853-WGY
BIOPURE


                         ORDER OF RECUSAL

YOUNG, D.J.

     The presiding judge recuses himself from participation
in this case upon the ground that the law firm of which he
was once a partner and upon which he relies for personal
legal advice represents a party in this action.

                         WILLIAM G. YOUNG
                         UNITED STATES DISTRICT JUDGE

                         By the Court,

                         /s/William G. Young
                         _____
                                   Deputy Clerk

