AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Securities and Exchange Commission
           Plaintiff
    V.
Biopure Corporation, Thomas Moore,
Howard Richman and Jane Kober,
           Defendants

**APPEARANCE**

CASE NUMBER: 05cv11853    PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/27/05 | *(signature)* |
| Date | Signature |
| | ELLEN BOBER MOYNIHAN    MA BAR # 567598 |
| | Print Name / Bar Number |
| | 73 Tremont St. Suite 600    bobere@sec.gov |
| | Address |
| | Boston    MA    02108 |
| | City / State / Zip Code |
| | 617-573-8913    617-424-5940 |
| | Phone Number / Fax Number |