UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
SECURITIES AND EXCHANGE :
COMMISSION, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff, : Civil Action
　　　　　　　　　　　　　　　　　　　　　: No. 05-11853-PBS
　　　v. :
　　　　　　　　　　　　　　　　　　　　　:
BIOPURE CORPORATION, THOMAS :
MOORE, HOWARD RICHMAN, and JANE :
KOBER, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants. :
---------------------------------x

## DEFENDANTS' JOINT MOTION TO
## SHORTEN RESPONSE TIME TO REQUESTS FOR
## ADMISSION AND TO EXPEDITE SUMMARY JUDGMENT HEARING

Pursuant to Federal Rules of Civil Procedure 1, 36, and 40, and this Court's inherent authority to ensure the just and speedy disposition of federal civil actions, Defendants Biopure Corporation, Thomas Moore, Howard Richman, and Jane Kober ("Defendants"), by their undersigned counsel, hereby move this Court for an Order shortening by nine days the time of Plaintiff Securities and Exchange Commission ("SEC") to respond to Biopure Corporation's Requests For Admission and for expedited consideration of motions for summary judgment as follows:

1.　On or before November 21, 2005: SEC to serve responses to Biopure Corporation's Requests For Admission From Plaintiff Securities And Exchange Commission, served October 31, 2005;

2.　November 29, 2005: Summary judgment motion(s) to be served and filed;

CTDOCS/1643342.1

3.   December 15, 2005:  Oppositions to summary judgment motion(s) to be served and filed;

4.   As soon as possible in relation to a prompt hearing:  Replies (if any) to oppositions to summary judgment motion(s) to be served and filed;

5.   At the Court's earliest convenience:  Hearing on the foregoing motion(s) for summary judgment.

Defendants respectfully request that the Court rule on its requests in ¶¶ 1 & 2 above prior to the parties' Rule 16 conference with the Court scheduled for November 22, 2005.  The SEC's timely responses to the Requests For Admission in advance of the conference will permit any discovery issues related to the proposed summary judgment schedule to be resolved at the conference.

This motion was served and filed immediately upon fulfillment of Federal Rules of Civil Procedure 26(d) requirements, at the earliest time permitted by the Rules.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: October 31, 2005
       Boston, Massachusetts

Respectfully submitted,

**JANE KOBER,**

By her attorneys,

/s/ Thomas J. Dougherty
Thomas J. Dougherty BBO #132300
Justin J. Daniels BBO #656118
Scott T. Lashway BBO #655268
Skadden, Arps, Slate,
  Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800

**BIOPURE CORPORATION,**

By its attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Anthony E. Fuller, BBO #633246
Michael D. Blanchard, BBO #636860
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

| | |
|---|---|
| **HOWARD RICHMAN,** | **THOMAS MOORE,** |
| By his attorneys, | By his attorneys, |
| /s/John D. Hughes | /s/Bernard J. Bonn, III |
| John D. Hughes BBO #243660 | Bernard J. Bonn, III BBO #049140 |
| Cathy A. Fleming (*pro hac vice*) | Erica L. Hovani BBO #655030 |
| Mary P. Cormier BBO #635756 | Dechert LLP |
| Edwards & Angell, LLP | 200 Clarendon Street |
| 101 Federal Street | 27th Floor |
| Boston, MA 02110 | Boston, MA 02116 |
| 617-951-2225 | 617-654-8611 |

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that counsel for Defendant Biopure Corporation, on behalf of all Defendants, has conferred with Plaintiff's counsel in an attempt to narrow the issues on this Motion.

Dated: October 31, 2005
Boston, Massachusetts

/s/Michael D. Blanchard
Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on October 31, 2005.

/s/ Michael D. Blanchard
Michael D. Blanchard