## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 0511853-PBS |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, | ) ) ) ) | Honorable Patti B. Saris |
| Defendants. | ) ) ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward P. Leibensperger, of McDermott Will & Emery, LLP, 28 State Street, Boston, Massachusetts, on behalf of Defendant Thomas Moore in the above-captioned matter.

Respectfully Submitted,

THOMAS MOORE

By: /s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO# 292620)
Jeffrey S. Huang (BBO# 651854)
MCDERMOTT WILL & EMERY, LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2005, a true and correct copy of this Notice of Appearance was served on all counsel of record in this matter.

**By Facsimile and CM/ECF**

Ian D. Roffman (BBO# 637564)
Ellen Bober Moynihan (BBO# 567598)
SECURITIES AND EXCHANGE
COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8900
*Counsel for Plaintiff United States Securities
and Exchange Commssion*

**By CM/ECF**

Thomas J. Dougherty
Justin J. Daniels
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
*Counsel for Defendant Jane Kober*

**By CM/ECF**

John D. Hughes
Mary P. Cormier
Edwards & Angell, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 951-2225
*Counsel for Defendant Howard Richman*

**By CM/ECF**

Robert A. Buhlman
Anthony E. Fuller
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000
*Counsel for Defendant Biopure Corporation*

**By CM/ECF**

Michael D. Blanchard
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103
(860) 240-2700
*Counsel for Defendant Biopure Corporation*

**By Facsimile**

Cathy A. Fleming
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York 10022
(212) 912-2743
*Counsel for Defendant Howard Richman*

/s/ Jeffrey S. Huang
_____
Jeffrey S. Huang