UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>BIOPURE CORPORATION, THOMAS  )<br>MOORE, HOWARD RICHMAN, and  )<br>JANE KOBER,  )<br>)<br>Defendants.  )<br>) | C.A. No. 05-11853-WGY |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned hereby withdraws as counsel of record for Defendant Thomas Moore in the above-captioned action.

Dated: November 9, 2005

Respectfully submitted,

_____
Erica L. Hovani (BBO #655030)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100


COUNSEL FOR DEFENDANT
THOMAS MOORE

10258027.1.LITIGATION