UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>) <br>Plaintiff, )<br>v. )<br>)<br>BIOPURE CORPORATION, THOMAS )<br>MOORE, HOWARD RICHMAN, and )<br>JANE KOBER, )<br>)<br>Defendants. )<br>) | C.A. No. 05-11853-WGY |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned hereby withdraws as counsel of record for Defendant Thomas Moore in the above-captioned action.

Dated: November 9, 2005

Respectfully submitted,

*/s/ Bernard J. Bonn III*
Bernard J. Bonn III (BBO #049140)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

COUNSEL FOR DEFENDANT
THOMAS MOORE

10258027.1.LITIGATION