UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN,<br>and JANE KOBER<br><br>Defendants. | :<br>:<br>:<br>:   Civ. A No. 05-11853-PBS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT STATEMENT AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, counsel for Plaintiff Securities and Exchange Commission ("Commission"), counsel for each of Defendants Biopure Corporation ("Biopure"), Thomas Moore, Howard Richman, and Jane Kober submit this Joint Statement and Proposed Discovery Plan.

I.    **RULE 26(f) CONFERENCE OF THE PARTIES**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for the parties have conferred to discuss: 1) the nature and basis for their claims and defenses; 2) the possibility for a prompt settlement or resolution of the case; 3) to arrange for the disclosures required by Rule 26(a)(1); 4) to develop a proposed pretrial plan for the case that includes a discovery plan; 5) to prepare an agenda of items to be discussed at the scheduling conference; and 6) to consider whether they will consent to trial by magistrate judge.

Pursuant to Local Rule 16.1(C), the Commission will send written settlement proposals to each defendant by November 18, 2005.

The parties are not willing to consent to a trial by magistrate judge.

## II. PROPOSED DISCOVERY SCHEDULE

The parties have been unable to agree on what the pretrial schedule should be. Accordingly, the parties are separately setting forth proposed schedules:

### A. The Commission's Statement of Proposed Pretrial Schedule

The Commission proposes the following schedule:

| | |
|---|---|
| Deadline to Complete Fact Discovery: | May 5, 2006 |
| Plaintiff's Designation of Expert and Service of Expert Reports (if any): | June 9, 2006 |
| Defendants' Designation of Expert and Service of Expert Reports (if any): | June 23, 2006 |
| Plaintiff's Designation of Rebuttal Expert and Service of Rebuttal Reports (if any): | July 14, 2006 |
| Deadline to Complete Expert Depositions (if any): | August 4, 2006 |
| Ready for trial | September 5, 2006 |

### B. Defendants' Statement of Proposed Pretrial Schedule

Defendants jointly propose the following schedule and have also prepared an accompanying Memorandum to be submitted at the time of this Joint Statement in support of their proposal:

| | |
|---|---|
| Requests for admissions to Plaintiff with expedited response time | served October 31, 2005[1] |
| Motions for summary judgment, Defendants to file | November 28, 2005 |
| Opposition to Motion for Summary Judgment, SEC to file | December 16, 2005 |
| Motions for summary judgment, oral arguments | Third week of December |

---

[1] *See* Defendants' Memorandum of Law in Support of Joint Motion to Shorten Response Time to Requests For Admission And To Expedite Summary Judgment Hearing.

|  |  |
|---|---|
|  | or at Court's earliest convenience |
| Plaintiff's Designation of Experts, Service of Expert Reports, and Response to Interrogatories (if any): | January 15, 2006 |
| Defendants' Designation of Experts, Service of Expert Reports, and response to Interrogatories (if any) | February 5, 2006 |
| Plaintiff's Designation of Rebuttal Experts, Service of Rebuttal Reports, and Response to Interrogatories | February 25, 2006 |
| Deadline to Complete Fact Discovery (if claims survive Summary Judgment) | 30 days prior to trial date |
| Trial (if claims survive Summary Judgment)[2] | March 2006 or at the Court's earliest convenience |

### III. PROPOSED AGENDA FOR SCHEDULING CONFERENCE

Pursuant to Local Rule 16.1(D), the parties respectfully submit this proposed agenda for the November 22, 2005 scheduling conference.

1. Introductions;

2. Discussion of Parties' Different Proposed Discovery and Pre-Trial Plans.

### IV. CERTIFICATIONS

The Commission, through its undersigned counsel, certifies that it is aware of the potential costs that may be associated with this litigation and the availability of alternative

---

[2] Defendant Thomas Moore advises the Court that he has retained undersigned counsel from the law firm McDermott Will & Emery LLP to replace his former counsel from Dechert LLP, who withdrew from this matter on November 9, 2005.  Mr. Moore's new counsel did not participate in the prior joint defense discussions regarding defendants' proposed pretrial schedule, and counsel understand that their predecessors agreed to that schedule on Mr. Moore's behalf.  For this reason, Mr. Moore continues to join in defendants' proposed expedited discovery and summary judgment schedule.  However, Mr. Moore no longer joins in defendants' request for a trial date in March 2006 because trial counsel he has selected have other firm trial commitments through the months of March and April 2006.

dispute resolution procedures. Counsel for the defendants certify that they have conferred with their clients: (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Certification of the defendants' counsel will be submitted separately.

Dated: November 16, 2005
      Boston, Massachusetts

Respectfully submitted,

 /s/ Ian D. Roffman
Ian D. Roffman (BBO #637564)
Ellen Bober Moynihan (BBO #567598)
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8900, ext. 8987 (Roffman)

COUNSEL FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

 /s/ Robert A. Buhlman
Robert A. Buhlman (BBO #554393)
Anthony E. Fuller (BBO #633246)
Michael D. Blanchard (BBO #636860)
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

COUNSEL FOR DEFENDANT
BIOPURE CORPORATION

 /s/ Jason A. Levine
Edward P. Leibensperger (BBO# 292620)
Jeffrey S. Huang (BBO# 651854)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4046

Bobby R. Burchfield
Jason A. Levine
MCDERMOTT WILL & EMERY LLP
Washington D.C. 20005-3096
(202) 756 - 8000

COUNSEL FOR DEFENDANT
THOMAS MOORE

| | |
|---|---|
| /s/ Cathy A. Fleming | /s/ Thomas J. Dougherty |
| John D. Hughes (BBO #243660) | Thomas J. Dougherty (BBO #132300) |
| Mary Patricia Cormier (BBO #635756) | Justin J. Daniels (BBO #656118) |
| EDWARDS, ANGELL, PALMER & DODGE LLP | Scott T. Lashway (BBO #655268) |
| 101 Federal Street | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Boston, MA 02110 | One Beacon Street |
| (617) 439-4444 | Boston, Massachusetts 02108 |
| | (617) 573-4800 |
| Cathy A. Fleming | |
| EDWARDS, ANGELL, PALMER & DODGE LLP | COUNSEL FOR DEFENDANT JANE KOBER |
| 750 Lexington Avenue | |
| New York, NY 10022 | |
| (212) 912-2743 | |
| | |
| COUNSEL FOR DEFENDANT HOWARD RICHMAN | |

*Served Electronically*