UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>      v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER<br><br>         Defendants. | CIVIL ACTION<br>NO. 05-11853 - PBS |

## **BIOPURE CORPORATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated November 16, 2005

**BIOPURE CORPORATION,**

By its attorneys:

/s/Anthony E. Fuller
Robert A. Buhlman, BBO #554393
Anthony E. Fuller, BBO #633246
Michael D. Blanchard, BBO #636860
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

By its authorized representative:

s/s Zafiris G. Zafirelis
Zafiris G. Zafirelis, Chief Executive Officer
Biopure Corporation
11 Hurley Street
Cambridge, MA 02141
(617) 234-6500

LITDOCS/622148.1