UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE  :
COMMISSION,  :
  :
                 Plaintiff,  :  Civil Action
  :  No. 05-11853-PBS
      v.  :
  :
BIOPURE CORPORATION, THOMAS  :
MOORE, HOWARD RICHMAN, and JANE  :
KOBER,  :
  :
               Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT JANE KOBER'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and defendant Jane Kober in this matter have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 16, 2005                  Respectfully submitted,
       Boston, Massachusetts

/s/  Jane Kober                                     /s/  Thomas J. Dougherty
Jane Kober                                          Thomas J. Dougherty (BBO #132300)
                                                    Justin J. Daniels (BBO #656118)
                                                    Scott T. Lashway (BBO #655268)
                                                    SKADDEN, ARPS, SLATE,
                                                       MEAGHER & FLOM LLP
                                                    One Beacon Street
                                                    Boston, Massachusetts 02108
                                                    (617) 573-4800

                                                    Counsel for Defendant Jane Kober