UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-11853-PBS |
| BIOPURE CORPORATION, THOMAS MOORE ) | |
| HOWARD RICHMAN, AND JANE KOBER ) | |
| ) | |
| Defendants. ) | |

## THOMAS MOORE'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned herby certify pursuant to Local Rule 16.1(D)(3) that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 17, 2005

THOMAS MOORE

By his Attorneys,

/s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO # 292620)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4000

/s/ Thomas Moore
Thomas Moore

BST99 1481501-1 075040.0011