UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>  )<br>  Plaintiff, )<br>  )<br>  )<br>  )<br>BIOPURE CORPORATION, THOMAS )<br>MOORE, HOWARD RICHMAN, and JANE )<br>KOBER, )<br>  )<br>  Defendants, ) | Civil Action<br>No. 05-11853-PBS |

**DEFENDANT HOWARD RICHMAN'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and defendant Howard Richman in this matter have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 17, 2005          Respectfully submitted,
       Houston, Texas


/s/ Howard Richman                /s/ Mary Patricia Cormier
Howard Richman                    John D. Hughes (B.B.O. No. 243660)
                                  Mary Patricia Cormier (B.B.O. No. 635756)
                                  Edwards Angell Palmer & Dodge LLP
                                  101 Federal Street
                                  Boston, MA 02110
                                  Tel:  (617) 439-4444
                                  Fax:  (617) 439-4170

                                  Counsel for Howard Richman

BOS_512034_1/MCORMIER