UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, <br><br> Defendants. | Civil Action No. 05-11853-PBS |

## ASSENTED-TO MOTION FOR ADMISSION OF
## BOBBY R. BURCHFIELD AND JASON A. LEVINE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), undersigned counsel hereby moves for the admission of Bobby R. Burchfield and Jason A. Levine (collectively, the "Attorneys") *pro hac vice* to appear on behalf of Defendant Thomas Moore in the above-captioned case. In support of this Motion, undersigned counsel states:

1. Each of the Attorneys is a member of the bar of the highest court of the District of Columbia.

2. Each of the Attorneys is a member of the bar in good standing in every jurisdiction and before every court where he has been admitted to practice.

3. There are no disciplinary proceedings pending against any of the Attorneys as a member of the bar in any jurisdiction.

4. Each of the Attorneys is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   The certificates required by Local Rule 83.5.3(b) are attached as exhibits to this Motion.

6.   Undersigned counsel is a member of the bar of this Court and has entered an appearance in this case.

7.   Pursuant to the ECF Administrative Procedures Manual, a check payable to the Clerk of Court for $100, along with a copy of the Notice of Electronic Filing of this Motion, will be delivered to the Clerk's Office within 24 hours (or one business day) of the filing of this motion.

8.   Counsel for the plaintiff has assented to this motion.

Respectfully Submitted,

/s/ Jeffrey S. Huang
Edward P. Leibensperger (BBO# 292620)
Jeffrey S. Huang (BBO# 651854)
MCDERMOTT WILL & EMERY, LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

*Attorneys for Defendant Thomas Moore*

Dated: November 17, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Jeffrey S. Huang, hereby certify that I conferred with counsel for plaintiff, and attempted in good faith to resolve or narrow the issues presented by this Motion. Counsel for plaintiff has assented to this motion.

/s/ Jeffrey S. Huang
Jeffrey S. Huang

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 0511853-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF BOBBY R. BURCHFIELD IN SUPPORT OF MOTION FOR ADMISSION OF BOBBY R. BURCHFIELD AND JASON A. LEVINE *PRO HAC VICE*

Bobby R. Burchfield states:

1. I am an attorney with the law firm of McDermott Will & Emery, LLP, 600 13th Street, NW, Washington, DC 20005.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Bobby R. Burchfield and Jason A. Levine *pro hac vice*.

3. I am admitted to practice in the District of Columbia. In addition, I am admitted to practice before:

| Jurisdiction | Date of Admission |
|---|---|
| District of Columbia | March 1980 |
| United States Supreme Court | January 1987 |
| District of Columbia Court of Appeals | March 1987 |
| U.S. Court of Appeals (3d Cir) | June 1981 |

| | |
|---|---|
| U. S. Court of Appeals (5th Cir) | July 1989 |
| U. S. Court of Appeals (6th Cir) | May 1993 |
| U. S. Court of Appeals (7th Cir) | October 2004 |
| U. S. Court of Appeals (9th Cir) | May 1985 |
| U S. Court of Appeals (D.C. Cir.) | April 1982 |
| U. S. District Court for the District of Columbia | November 1981 |
| U. S. District Court for Colorado | May 1997 |

4.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2005.

_____
Bobby R. Burchfield

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BIOPURE CORPORATION, THOMAS  )<br>MOORE, HOWARD RICHMAN, and JANE  )<br>KOBER,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 05-11853-PBS |

### CERTIFICATE OF JASON A. LEVINE IN SUPPORT OF MOTION FOR ADMISSION OF BOBBY R. BURCHFIELD AND JASON A. LEVINE *PRO HAC VICE*

Jason A. Levine states:

1. I am an attorney with the law firm of McDermott Will & Emery, LLP, 600 13th Street, NW, Washington, DC 20005.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Bobby R. Burchfield and Jason A. Levine *pro hac vice*.

3. I am admitted to practice in the District of Columbia and the State of New York. In addition, I am admitted to practice before the United States Supreme Court, the United States Courts of Appeal for the District of Columbia, Federal, Fifth, Sixth, and Seventh Circuits, and the United States District Courts for the District of Columbia, the Eastern District of Michigan, and the Eastern District of Wisconsin.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2005.

_____
Jason A. Levine