UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

S.E.C.
Plaintiff,

       V.                                         Civil Action Number
                                                 05-11853-PBS

Biopure Corp., et al
Defendants.                                        November 22, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/14/06

Plaintiff's expert designation deadline: 2/14/06

Defendant's expert designation deadline: 3/14/06

Expert discovery deadline: 4/14/06

Summary Judgment Motion filing deadline: 4/1/06   Opposition: 4/14/06

Motions in Limine filing deadline: 4/19/06   Opposition: 4/26/06

Hearing on Summary Judgment / Pretrial Conference: 4/26/06 at 2:00 p.m.

Jury Trial: 5/8/06 at 9:00 a.m.

                                                           By the Court,

                                                           /s/ Robert C. Alba
                                                           Deputy Clerk