UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civ. A No. 05-11853-PBS |
| v. | : |
| BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN,<br>and JANE KOBER | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Plaintiff Securities and Exchange Commission (the "SEC") hereby requests that the clerk enter an appearance for R. Daniel O'Connor as Counsel for the Plaintiff in this matter. Mr. O'Connor is registered in the Court's Electronic Case Filing system and his full name, address, and bar number are listed below.

Dated: November 28, 2005          Respectfully submitted,

   /s/ R. Daniel O'Connor
R. Daniel O'Connor (BBO# 634207)
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
Tel (617) 573-8979
Fax (617)-424-5940

COUNSEL FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION