

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
**BOSTON DISTRICT OFFICE**
6TH FLOOR
**73 TREMONT STREET**
BOSTON, MASSACHUSETTS 02108

IN REPLYING PLEASE QUOTE

IAN D. ROFFMAN
Tel: (617) 573-8987
Fax: (617) 424-5940

December 2, 2005

## Via Hand Delivery

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    SEC v. Biopure, Civ. A. No. 05-11853-PBS (D. Mass.)

Dear Judge Saris:

      As requested by the Court at the November 22, 2005 initial status conference in this matter, I write on behalf of plaintiff Securities and Exchange Commission ("Commission") to inform the Court and counsel for the defendants that the Commission is willing to participate in non-binding mediation of this matter with a mediator acceptable to all parties. I will further undertake to ensure that a representative of the senior management of the Commission staff is available to attend any mediation. Lastly, within a week, I will present counsel for the defendants with a list of mediators that would be acceptable to the Commission.

      Thank you for your continued attention to this matter.

Respectfully submitted,

Ian D. Roffman
Senior Trial Counsel
Securities and Exchange Commission

cc (by facsimile):
      Robert A. Buhlman, Esq. (counsel for defendant Biopure)
      Edward P. Leibensperger, Esq. (counsel for defendant Moore)
      Thomas J. Dougherty, Esq. (counsel for defendant Kober)
      John D. Hughes, Esq. (counsel for defendant Richman)