BINGHAM McCUTCHEN

Robert A. Buhlman
Direct Phone: (617) 951-8717
Direct Fax:    (617) 951-8736
robert.buhlman@bingham.com

December 2, 2005

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**BY HAND DELIVERY**

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *Securities and Exchange Commission v. Biopure Corporation, et al.* C.A. No. 05-11853-PBS

Dear Your Honor:

As requested, I am writing on behalf of the four defendants, Biopure Corporation, Thomas Moore, Howard Richman and Jane Kober, to inform the Court that the Defendants are willing to mediate this case in a non-binding mediation, while maintaining the case schedule set forth by the Court.

The defendants would like to work with the plaintiff Securities & Exchange Commission to identify a mutually agreeable mediator. We intend to discuss that further with counsel for the Commission.

Best regards.

Yours truly,

Robert A. Buhlman

RAB/cc

cc: Ian D. Roffman, Esq.
    Thomas J. Dougherty, Esq.
    Cathy A. Fleming, Esq.
    Edward P. Leibensperger, Esq.

LITDOCS/623712.1