UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>                                  Plaintiff,  )<br>)<br>         v.                       )<br>)<br>BIOPURE CORPORATION,              )<br>THOMAS MOORE, HOWARD RICHMAN      )<br>and JANE KOBER,                   )<br>)<br>                                Defendants.  )<br>)<br>) | CIVIL ACTION NO.<br>05-CA-11853-PBS<br><br><br>December 21, 2005 |

**DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, the defendants Biopure Corporation ("Biopure"), Thomas Moore, Howard Richman and Jane Kober hereby move for partial summary judgment on all claims insofar as the claims assert that Biopure Corporation's August 1, 2003 press release was misleading or factually inaccurate with respect to Biopure's disclosure concerning a July 31, 2003 letter received from the FDA concerning Biopure's pending Biologics License Application.[1]

---

[1] Each defendant moves for partial summary judgment on the above-stated grounds with respect to each claim asserted against each particular defendant. Accordingly, all the defendants move for entry of partial summary judgment in their favor on the First and Second Claim; Biopure moves for entry of partial summary judgment in its favor on the Third Claim; Mr. Moore, Mr. Richman and Ms. Kober move for entry of partial summary judgment in their favor on the Fourth Claim; and Mr. Moore moves for entry of partial summary judgment in his favor on the Fifth Claim.

-2-

In support of this Motion, the defendants rely upon a Memorandum of Law in Support of Their Motion for Summary Judgment and Local Rule 56.1 Statement of Undisputed Facts.

**REQUEST FOR ORAL ARGUMENT**

The defendants hereby request oral argument on their Motion for Summary Judgment, pursuant to Local Rule 7.1(D).

| | |
|---|---|
| **JANE KOBER,** | **BIOPURE CORPORATION,** |
| By her attorneys, | By its attorneys, |
| | |
| /s/ Thomas J. Dougherty | /s/ Robert A. Buhlman |
| Thomas J. Dougherty BBO #132300 | Robert A. Buhlman, BBO #554393 |
| Justin J. Daniels BBO #656118 | Donald J. Savery, BBO #564975 |
| Scott T. Lashway BBO #655268 | Michael D. Blanchard, BBO #636860 |
| Skadden, Arps, Slate, | Bingham McCutchen LLP |
|   Meagher & Flom LLP | 150 Federal Street |
| One Beacon Street | Boston, MA  02110-1726 |
| Boston, MA 02108 | (617) 951-8000 |
| (617) 573-4800 | |
| | |
| **HOWARD RICHMAN,** | **THOMAS MOORE,** |
| By his attorneys, | By his attorneys, |
| | |
| /s/John D. Hughes | /s/Edward P. Leibensperger |
| John D. Hughes BBO #243660 | Edward P. Leibensperger BBO #292620 |
| Cathy A. Fleming (*pro hac vice*) | Jeffrey S. Huang BBO #651854 |
| Mary P. Cormier BBO #635756 | McDermott, Will & Emery LLP |
| Edwards & Angell, LLP | 28 State Street |
| 101 Federal Street | Boston, MA 02109 |
| Boston, MA 02110 | 617-535-4046 |
| 617-951-2225 | |

Dated:      December 21, 2005
                  Boston, Massachusetts

-3-

## RULE 7.1(A)(2) CERTIFICATION

I, Robert A. Buhlman, hereby certify that I conferred with Ian D. Roffman, attorney for plaintiff, and attempted in good faith to resolve or narrow the issues presented in the within motion.

Dated: December 21, 2005
      Boston, Massachusetts

/s/ Robert A. Buhlman
RobertA.Buhlman

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading served by hand upon the attorney(s) of record for all parties on December 21, 2005.

/s/ Robert A. Buhlman
Robert A. Buhlman