UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                 Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN<br>and JANE KOBER,<br><br>                                 Defendant. | CIVIL ACTION NO.<br><br>05-CA-11853-PBS<br><br><br><br>December 21, 2005 |

**DEFENDANTS' JOINT STATEMENT**
**OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1**

Defendants Biopure Corporation ("Biopure"), Thomas Moore, Howard Richman and Jane Kober ("Defendants") respectfully submit this Joint Statement of Undisputed Facts Pursuant to Local Rule 56.1 in support of their Motion For Partial Summary Judgment, filed herewith.

**Biopure:  A Small Company Developing A First**
**In Class Biologic Oxygen Therapeutic Regulated By The FDA**

1.  During the period July 31, 2002 through and including December 24, 2003, Biopure was a company headquartered in Cambridge, Massachusetts developing oxygen therapeutics, a new class of drugs intravenously administered to deliver oxygen to the body's tissues for the treatment of acute surgical anemia and other potential medical applications. *See* Biopure Corporation Press Release, August 1, 2003, attached to Transmittal Affidavit of Robert Buhlman ("Trans. Aff.") at Ex. A.  Biopure's human product in development was called Hemopure®.

2. On August 1, 2003, Biopure's Chief Executive officer was Thomas Moore; Biopure's Senior Vice President of Regulatory Affairs and Compliance was Howard Richman; and Biopure's General Counsel was (and is) Jane Kober. *See* SEC Complaint ¶¶13-15. Each of these individuals, along with Biopure, are named defendants in this action.

### Biopure's Orthopedic Surgery BLA

3. On July 31, 2002, Biopure submitted electronically to the U.S. Food and Drug Administration ("FDA") its Biologics License Application seeking regulatory approval to market Hemopure® in the United States for the treatment of the signs and symptoms of acute anemia in adult patients undergoing orthopedic surgery, and for the purpose of eliminating, delaying or reducing the need for red blood cells in these patients (the "BLA"). *See* Biopure Corporation Press Release, July 31, 2002, Trans. Aff. at Ex.B.

4. The orthopedic surgery BLA numbered approximately one million pages and had data results from more than 200 animal trials and 22 clinical trials. *See* Biopure Corporation Press Release, October 1, 2002, Trans. Aff. at Ex. C. The BLA was accepted for review by the FDA on October 1, 2002.

5. On May 30, 2003, FDA confirmed to the Company in writing that FDA was taking a 90-day extension to continue its review of the BLA. *See* Letter to Dr. Richman from FDA re: BLA Amendment 7, May 30, 2003 Trans. Aff. at Ex. D. The extended review period ran through August 29, 2003. *Id*.

**The July 30, 2003 BLA Letter**

6. On July 30, 2003, Biopure received a letter from the FDA about the BLA ("July 30 BLA Letter"). *See* Letter to Dr. Richman from FDA re: BLA July 30, 2003, Trans. Aff. at Ex. E.

7. On August 1, 2003, the Company issued a press release about the July 30 BLA Letter. *See* Biopure Corporation Press Release, August 1, 2003, Trans. Aff. at Ex. A.

**The January 6, 2004 FDA Meeting**

8. On January 6, 2004, at Biopure's first in-person meeting with FDA representatives to review the July 30 BLA, FDA informed the Company for the first time that conscious swine studies would be required in connection with the BLA review. The FDA's Official Meeting Minutes of the January 6, 2004 meeting between the FDA and Biopure regarding the BLA state, in part: "Dr. Landow replied that the path forward was for Biopure to perform the requested *animal studies*." Emphasis is in the original. "Dr. Epstein suggested that the remainder of the meeting be used to start the discussion about the three animal studies suggested by FDA." *See* FDA Official Meeting Minutes dated March 15, 2004 of January 6, 2004 Meeting, pp. 8 and 10, Trans. Aff. at Ex. F.

Dated: December 21, 2005                                  Respectfully submitted,
       Boston, Massachusetts

| COUNSEL FOR DEFENDANT | COUNSEL FOR DEFENDANT |
| JANE KOBER | BIOPURE CORPORATION |

By her attorneys,                                         By its attorneys,

/s/ Thomas J. Dougherty                                   /s/ Robert A. Buhlman
Thomas J. Dougherty BBO #132300                           Robert A. Buhlman, BBO #554393
Justin J. Daniels BBO #656118                             Donald J. Savery, BBO #564975
Scott T. Lashway BBO #655268                              Michael D. Blanchard, BBO #636860
Skadden, Arps, Slate,                                     Bingham McCutchen LLP
  Meagher & Flom LLP                                      150 Federal Street
One Beacon Street                                         Boston, MA  02110
Boston, MA 02108                                          (617) 951-8000
(617) 573-4800


COUNSEL FOR DEFENDANT                                     COUNSEL FOR DEFENDANT
HOWARD RICHMAN                                            THOMAS MOORE

By his attorneys,                                         By his attorneys,

/s/ John D. Hughes                                        /s/ Edward P. Leibensperger
John D. Hughes BBO #243660                                Edward P. Leibensperger, Esq. BBO #292620
Cathy A. Fleming (*pro hac vice*)                         Jeffrey S. Huang BBO #651854
Mary P. Cormier BBO #635756                               McDermott Will & Emery
Edwards & Angell, LLP                                     28 State Street
101 Federal Street                                        Boston, MA 02109
Boston, MA 02110                                          (617) 535-4000
617-951-2225

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand upon the attorney(s) of record for each party on December 21, 2005.

                                                          /s/ Robert A. Buhlman
                                                          Robert A. Buhlman