UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER<br><br>                  Defendants. | CIVIL ACTION<br>N0. 05-11853 - PBS |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned hereby withdraws as counsel of record for Defendant Biopure Corporation.

Dated: December 29, 2005          Respectfully submitted,
       Boston, Massachusetts

                                            /s/ Anthony E. Fuller
                                            Anthony E. Fuller (BBO #633246)
                                            BINGHAM McCUTCHEN LLP
                                            150 Federal Street
                                            Boston, MA 02110-1726
                                            (617) 951-8000

                                            COUNSEL FOR DEFENDANT
                                            BIOPURE CORPORATION