UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff,    :    Civ. A. No. 05-11853-PBS
:
    v. :
:
BIOPURE CORPORATION, :
THOMAS MOORE, HOWARD RICHMAN, :
and JANE KOBER :
:
               Defendants.  :
_____:

**SECURITIES AND EXCHANGE COMMISSION'S MOTION
TO COMPEL DEFENDANTS TO ADMIT OR DENY MATTERS
SET FORTH IN THE COMMISSION'S REQUESTS FOR ADMISSION**

Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Rules 26, 36 and 37 of the Federal Rules of Civil Procedure, respectfully requests that this Court order each of the defendants to specifically admit or deny the matters set forth in the Commission's Requests for Admission or in the alternative, enter an Order that the matters are deemed admitted, as follows:

        Defendants Moore, Richman and Kober:  Request Nos. 1-6, 8-10

        Defendant Biopure:  Request Nos. 1-10.

In support of its Motion, the Commission respectfully submits the accompanying memorandum of law.

WHEREFORE, the Commission respectfully requests that this Court order each of the defendants to specifically admit or deny each matter set forth in the Commission's Requests for Admission or in the alternative, enter an Order that the matters are deemed admitted.

Dated: January 6, 2006                                  Respectfully submitted,
      Boston, Massachusetts

                                          /s/ Ian D. Roffman
                                         Ian D. Roffman (BBO# 637564)
                                         R. Daniel O'Connor (BBO# 634207)
                                         Ellen Bober Moynihan (BBO#  567598)
                                         ATTORNEYS FOR PLAINTIFF
                                         SECURITIES AND EXCHANGE COMMISSION
                                         73 Tremont Street, 6th Floor
                                         Boston, Massachusetts 02108
                                         (617) 573-8900, ext. 8987 (Roffman)

**Certification Pursuant to Local Rule 7.1**

     I, Ian D. Roffman, certify that I conferred with counsel for defendants by letter and/or telephone concerning the subject matter of this motion in a good faith effort to resolve or narrow the issues.

Dated: January 6, 2006

                                          /s/ Ian D. Roffman
                                         Ian D. Roffman

*Electronically Served*