UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE :
COMMISSION, :
 :
                Plaintiff, : Civil Action
 : No. 05-11853-PBS
    v. :
 : **ORAL ARGUMENT REQUESTED**
BIOPURE CORPORATION, THOMAS :
MOORE, HOWARD RICHMAN, and JANE :
KOBER, :
 :
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO PRECLUDE
## FDA EVIDENCE FROM THE TRIAL OF THIS MATTER

Pursuant to Federal Rules of Civil Procedure 1, 16, 26 and 37, the Local Rules of this Court, and this Court's inherent authority to ensure the just and speedy disposition of federal civil actions, defendants Biopure Corporation, Thomas Moore, Howard Richman and Jane Kober ("Defendants"), by their undersigned counsel, respectfully move this Court for the entry of an Order barring Plaintiff Securities and Exchange Commission ("SEC") from introducing or relying on at trial any materials, testimony or other evidence received from the United States Food and Drug Administration, any of its affiliates, and/or any of its current or former employees.  The grounds for this motion are set forth in the accompanying memorandum of law submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request a hearing on this motion.

## CERTIFICATION UNDER LOCAL RULES 7.1(a)(2) AND 37.1

The undersigned hereby certify that counsel for defendant Biopure has conferred on behalf of Defendants with counsel for the SEC to narrow the issues on the motion.

Dated   January 10, 2006
          Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Scott T. Lashway (BBO #655268)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com

Counsel for Defendant Jane Kober

/s/ Robert A. Buhlman
Robert A. Buhlman (BBO #554393)
Donald J. Savery (BBO #564975)
Michael D. Blanchard (BBO #636860)
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000
robert.buhlman@bingham.com

Counsel for Defendant Biopure Corporation

/s/ John D. Hughes
John D. Hughes (BBO #243660)
Cathy A. Fleming (*pro hac vice*)
Mary P. Cormier (BBO #635756)
EDWARDS ANGELL PALMER &
    DODGE LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 951-2225
jhughes@eapdlaw.com

Counsel for Defendant Howard Richman

/s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO #292620)
Bobby R. Burchfield (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4046
eleibensperger@mwe.com

Counsel for Defendant Thomas Moore

## CERTIFICATE OF SERVICE

I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2006.

Dated: January 10, 2006

/s/ Justin J. Daniels
Justin J. Daniels