UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            :
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                    Plaintiff,              :   Civ. A. No. 05-11853-PBS
        v.                                  :
                                            :
BIOPURE CORPORATION,                        :
THOMAS MOORE, HOWARD RICHMAN,               :
and JANE KOBER                              :
                                            :
                    Defendants.             :
_____:

**NOTICE OF WITHDRAWAL AS TO DEFENDANT MOORE ONLY
OF SECURITIES AND EXCHANGE COMMISSION'S MOTION
TO COMPEL DEFENDANTS TO ADMIT OR DENY MATTERS
<u>SET FORTH IN THE COMMISSION'S REQUESTS FOR ADMISSION</u>**

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this Notice to withdraw -- as to Defendant Moore only -- its pending Motion To Compel Defendants to Admit or Deny Matters Set Forth in the Commission's Requests for Admission.

In support of its withdrawal, the Commission states that is has reached a compromise with defendant Moore to provide amended responses. Accordingly, withdrawal of the pending motion to compel as to defendant Moore is appropriate at this time.

Dated: January 20, 2006                    Respectfully submitted,
       Boston, Massachusetts

                                            /s/ Ian D. Roffman
                                            Ian D. Roffman (BBO# 637564)
                                            R. Daniel O'Connor (BBO# 634207)
                                            Ellen Bober Moynihan (BBO# 567598)
                                            ATTORNEYS FOR PLAINTIFF
                                            SECURITIES AND EXCHANGE COMMISSION
                                            73 Tremont Street, 6th Floor
                                            Boston, Massachusetts 02108
                                            (617) 573-8900, ext. 8987 (Roffman)

*Electronically Served*