UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :
              Plaintiff,             :    Civil Action
                                     :    No. 05-11853-PBS
      v.                             :
                                     :
BIOPURE CORPORATION, THOMAS          :
MOORE, HOWARD RICHMAN, and JANE      :
KOBER,                               :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION
TO PRECLUDE FDA EVIDENCE FROM THE TRIAL OF THIS MATTER**

Defendants Biopure Corporation, Thomas Moore, Howard Richman and Jane Kober ("Defendants"), hereby move pursuant to Local Rule 7.1(B)(3) for leave to submit a Reply Memorandum Of Law In Support Of Their Motion To Preclude FDA Evidence From The Trial Of This Matter. As grounds for this motion, Defendants state as follows:

1. On January 10, 2006, Defendants filed their Motion To Preclude FDA Evidence From The Trial Of This Matter (Docket No. 57) and supporting memorandum (Docket No. 58).

2. On January 23, 2006, the SEC filed its opposition memorandum (Docket No. 62).

3. Defendants' proposed reply memorandum, submitted herewith, concisely responds to the SEC's memorandum. Defendants submit that this reply memorandum will assist the Court in its consideration of the instant motion.

| | |
|---|---|
| Dated: January 24, 2006<br>         Boston, Massachusetts | Respectfully submitted, |

| | |
|---|---|
| /s/ Thomas J. Dougherty | /s/ Robert A. Buhlman |
| Thomas J. Dougherty (BBO #132300) | Robert A. Buhlman (BBO #554393) |
| Justin J. Daniels (BBO #656118) | Donald J. Savery (BBO #564975) |
| Scott T. Lashway (BBO #655268) | Michael D. Blanchard (BBO #636860) |
| SKADDEN, ARPS, SLATE, | BINGHAM MCCUTCHEN LLP |
|    MEAGHER & FLOM LLP | 150 Federal Street |
| One Beacon Street | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02108 | (617) 951-8000 |
| (617) 573-4800 | robert.buhlman@bingham.com |
| dougherty@skadden.com | |
| | Counsel for Defendant Biopure |
| Counsel for Defendant Jane Kober | Corporation |

| | |
|---|---|
| /s/ John D. Hughes | /s/ Edward P. Leibensperger |
| John D. Hughes (BBO #243660) | Edward P. Leibensperger (BBO #292620) |
| Cathy A. Fleming (*pro hac vice*) | Bobby R. Burchfield (*pro hac vice*) |
| Mary P. Cormier (BBO #635756) | Jason A. Levine (*pro hac vice*) |
| EDWARDS ANGELL PALMER & | MCDERMOTT, WILL & EMERY LLP |
|    DODGE LLP | 28 State Street |
| 101 Federal Street | Boston, Massachusetts 02109 |
| Boston, Massachusetts 02110 | (617) 535-4046 |
| (617) 951-2225 | eleibensperger@mwe.com |
| jhughes@eapdlaw.com | |
| | Counsel for Defendant Thomas Moore |
| Counsel for Defendant Howard Richman | |

## LOCAL RULE 7.1 CERTIFICATION

I, Justin J. Daniels, herby certify that, in compliance with Local Rule 7.1(A)(2), I conferred with counsel for the SEC regarding the filing of this motion and the SEC assents to the relief sought by this motion.

| | |
|---|---|
| Dated:  January 24, 2006 | /s/ Justin J. Daniels<br>Justin J. Daniels |

## CERTIFICATE OF SERVICE

I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2006.

| | |
|---|---|
| Dated:  January 24, 2006 | /s/ Justin J. Daniels<br>Justin J. Daniels |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE        :
COMMISSION,                    :
                               :
              Plaintiff,    :    Civil Action
                               :    No. 05-11853-PBS
      v.                       :
                               :
BIOPURE CORPORATION, THOMAS    :
MOORE, HOWARD RICHMAN, and JANE :
KOBER,                         :
                               :
             Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] REPLY MEMORANDUM OF
LAW IN SUPPORT OF DEFENDANTS' MOTION TO
PRECLUDE FDA EVIDENCE FROM THE TRIAL OF THIS MATTER**

        Defendants Biopure Corporation, Thomas Moore, Howard Richman and Jane Kober ("Defendants"), respectfully submit this Reply Memorandum Of Law In Support Of Their Motion To Preclude FDA Evidence From The Trial Of This Matter.

        \*   \*   \*

        The FDA has voluntarily provided documents, testimony, off-the-record interviews and substantive assistance to the SEC for this investigation and litigation.

        Whatever privileges and immunities the executive branch of government may assert in other settings, when a plaintiff agency chooses to file a civil action in a United States District Court with cooperation from a sister agency, the plaintiff agency is in no different a position than any other litigant.

        Both agencies -- the SEC and the FDA -- have together opposed response to and compliance with Biopure's subpoenas.

Preclusion is based on this simple principle: that a civil litigant cannot introduce evidence where its opponent has been precluded from adducing documents and testimony likely to lead to admissible evidence on the same subject matter. Fairness requires nothing less.

That important principle has nothing to do with whether the SEC/FDA may be able to resist production in response to a subpoena in other contexts, where the SEC has not brought a civil action using FDA materials.

## Conclusion

For these reasons, Defendants respectfully submit that the SEC should be precluded from introducing any FDA evidence in the trial of this matter.

Dated: January __, 2006
         Boston, Massachusetts                    Respectfully submitted,

| | |
|---|---|
| Thomas J. Dougherty (BBO #132300) | Robert A. Buhlman (BBO #554393) |
| Justin J. Daniels (BBO #656118) | Donald J. Savery (BBO #564975) |
| Scott T. Lashway (BBO #655268) | Michael D. Blanchard (BBO #636860) |
| SKADDEN, ARPS, SLATE, | BINGHAM MCCUTCHEN LLP |
|    MEAGHER & FLOM LLP | 150 Federal Street |
| One Beacon Street | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02108 | (617) 951-8000 |
| (617) 573-4800 | robert.buhlman@bingham.com |
| dougherty@skadden.com | |
| | Counsel for Defendant Biopure |
| Counsel for Defendant Jane Kober | Corporation |

| | |
|---|---|
| John D. Hughes (BBO #243660) | Edward P. Leibensperger (BBO #292620) |
| Cathy A. Fleming (*pro hac vice*) | Bobby R. Burchfield (*pro hac vice*) |
| Mary P. Cormier (BBO #635756) | Jason A. Levine (*pro hac vice*) |
| EDWARDS ANGELL PALMER & | MCDERMOTT, WILL & EMERY LLP |
|    DODGE LLP | 28 State Street |
| 101 Federal Street | Boston, Massachusetts 02109 |
| Boston, Massachusetts 02110 | (617) 535-4046 |
| (617) 951-2225 | eleibensperger@mwe.com |
| jhughes@eapdlaw.com | |
| | Counsel for Defendant Thomas Moore |
| Counsel for Defendant Howard Richman | |

## CERTIFICATE OF SERVICE

I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January __, 2006.

Dated:  January __, 2006
                                                    _____
                                                    Justin J. Daniels

3