UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          :
SECURITIES AND EXCHANGE COMMISSION, :
                                          :
                    Plaintiff,            :   Civ. A. No. 05-11853-PBS
        v.                                :
                                          :
BIOPURE CORPORATION,                      :
THOMAS MOORE, HOWARD RICHMAN,             :
and JANE KOBER                            :
                                          :
                    Defendants.           :
_____:

**ASSENTED-TO MOTION FOR LEAVE TO FILE A SURREPLY IN
OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE
FDA EVIDENCE FROM THE TRIAL OF THIS MATTER**

Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Local Rule 7.1(b)(3), hereby moves for leave to file a Surreply in Opposition to Defendants' Motion to Preclude FDA Evidence From the Trial of this Matter. In support of its motion, the Commission states as follows:

1.  On January 10, 2006, defendants filed a Motion to Preclude FDA Evidence from the Trial of this Matter.

2.  On January 23, 2006, the Commission filed an Opposition to the defendants' Motion.

3.  On January 25, 2006, defendants filed a Reply Brief. The Commission had assented to defendants' request for leave to file their reply.

4.  As grounds for this motion, the Commission states that a brief surreply will assist the Court in its consideration of the defendants' motion to preclude FDA evidence. The

Commission's surreply will set forth the necessary points and arguments as succinctly as possible. Defendants assent to the filing of a surreply.

WHEREFORE, the Commission respectfully requests leave to file the attached Surreply in Opposition to Defendants' Motion to Preclude FDA Evidence From the Trial of this Matter.

Dated: January 26, 2006  
      Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman  
Ian D. Roffman (BBO# 637564)  
R. Daniel O'Connor (BBO# 634207)  
Ellen Bober Moynihan (BBO# 567598)  
ATTORNEYS FOR PLAINTIFF  
SECURITIES AND EXCHANGE COMMISSION  
73 Tremont Street, 6th Floor  
Boston, Massachusetts 02108  
(617) 573-8900, ext. 8987 (Roffman)

## Local Rule 7.1(A)(2) Certification

I, Ian D. Roffman, certify that on January 26, 2006, I conferred with opposing counsel to resolve or narrow the issue presented by this motion. Defendants' counsel assent to the filing of a surreply.

Dated: January 26, 2006

/s/ Ian D. Roffman  
Ian D. Roffman

*Electronically Served*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civ. A. No. 05-11853-PBS |
| v. | : | |
| | : | |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] SURREPLY OF
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE
FDA EVIDENCE FROM THE TRIAL OF THIS MATTER**

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this surreply to respond to one point in Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Preclude FDA Evidence from the Trial of this Matter.

The Commission is not preventing defendants from obtaining discovery from the FDA. If defendants complied with the FDA's <u>Touhy</u> regulations, they could obtain additional documents and depose FDA witnesses. Defendants have not attempted to do so -- instead making the strategic decision not to comply with those regulations in the hope that this Court would then preclude the most damaging evidence against them.

Defendants' motion has nothing to do with fairness. It has everything to do with strategy.

**Conclusion**

For the foregoing reasons, the Commission respectfully requests that this Court deny defendants' motion to preclude FDA evidence from trial in its entirety.

Dated: January 26, 2006                      Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　 /s/ Ian D. Roffman
　　　　　　　　　　　　　　　　　　　　　　Ian D. Roffman (BBO# 637564)
　　　　　　　　　　　　　　　　　　　　　　R. Daniel O'Connor (BBO# 634207)
　　　　　　　　　　　　　　　　　　　　　　Ellen Bober Moynihan (BBO#  567598)
　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　　SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　　　　　73 Tremont Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　　　(617) 573-8900, ext. 8987 (Roffman)

　　　　　　　　*Electronically Served*