UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN<br>and JANE KOBER,<br><br>         Defendants. | CIVIL ACTION NO.<br><br>05-CA-11853-PBS |

**DEFENDANTS' MOTION FOR IMPOUNDMENT AND *EXPEDITED TREATMENT*, OR IN THE ALTERNATIVE, MOTION FOR TEMPORARY IMPOUNDMENT PENDING DISPOSITION OF THIS MOTION**

Defendants Biopure Corporation ("Biopure"), Thomas Moore, Howard Richman, and Jane Kober hereby move the Court pursuant to Local Rule 7.2, for an order requiring that the plaintiff Securities and Exchange Commission ("SEC") file its opposition to the defendants' motion for partial summary judgment under seal if it contains confidential information pertaining to Biopure's drug development program such as (1) confidential communications with the Food and Drug Administration and documents and testimony about those communications (which are confidential by federal statute); (2) Biopure's trade secrets regarding its oxygen therapeutic products, Hemopure® and Oxyglobin®; and (3) Biopure's proprietary clinical protocols and other confidential business information. A Proposed Order is attached as Exhibit A.

Defendants do not control the content of the SEC's opposition to defendants' focused motion for partial summary judgment. Given that focus, there should be no need for filing any of these confidential FDA communications or trade secrets. However, it would be too late *after* the SEC makes such a filing, if it does.

As a result, defendants ask (1) that the SEC be directed *temporarily* to file its opposition under seal *if* it intends to file information about any confidential FDA communications or trade

CTDOCS/1651541.1

- 2 -

secrets or (2) SEC be given an extension of one week to file its opposition to Defendant's motion for partial summary judgment and consideration of this motion by the Court before then.

Counsel for the SEC has agreed to file its opposition to this motion for impoundment on February 3, 2006 provided he is allowed through February 7, 2006 to oppose the Defendants' motion for partial summary judgment. A Proposed Interim Order is attached hereto as Exhibit B.

WHEREFORE, for the foregoing reasons and those set forth in Defendants' Memorandum of Law in Support of Motion for Impoundment, filed herewith, the Defendants respectfully request that this Court allow its Motion for Impoundment.

| | |
|---|---|
| **JANE KOBER,** | **BIOPURE CORPORATION,** |
| By her attorneys, | By its attorneys, |
| /s/ Thomas J. Dougherty<br>Thomas J. Dougherty BBO #132300<br>Justin J. Daniels BBO #656118<br>Scott T. Lashway BBO #655268<br>Skadden, Arps, Slate,<br>  Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 573-4800 | /s/ Robert A. Buhlman<br>Robert A. Buhlman, BBO #554393<br>Donald J. Savery, BBO #564975<br>Michael D. Blanchard, BBO #636860<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 |
| **HOWARD RICHMAN,**<br>By his attorneys, | **THOMAS MOORE,**<br>By his attorneys, |
| /s/John D. Hughes<br>John D. Hughes BBO #243660<br>Cathy A. Fleming (*pro hac vice*)<br>Mary P. Cormier BBO #635756<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110<br>617-951-2225 | /s/Edward P. Leibensperger<br>Edward P. Leibensperger BBO #292620<br>Jeffrey S. Huang BBO #651854<br>McDermott, Will & Emery LLP<br>28 State Street<br>Boston, MA 02109<br>617-535-4046 |

Dated:       January 27, 2006
             Boston, Massachusetts

CTDOCS/1651541.1

## RULE 7.1(A)(2) CERTIFICATION

I, Michael D. Blanchard, hereby certify that I conferred with Ian D. Roffman, attorney for plaintiff, and attempted in good faith to resolve or narrow the issues presented in the within motion. Counsel for the SEC has agreed to file its opposition to this motion for impoundment on February 3, 2006 provided he is allowed through February 7, 2006 to oppose the Defendants' motion for partial summary judgment.

Dated: January 27, 2006
      Boston, Massachusetts

/s/ Michael D. Blanchard
Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was served electronically upon the attorney(s) of record for all parties on January 27, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard

# EXHIBIT A

Case 1:05-cv-11853-PBS    Document 67    Filed 01/27/2006    Page 4 of 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN<br>and JANE KOBER,<br><br>Defendants. | CIVIL ACTION NO.<br><br>05-CA-11853-PBS |

**[PROPOSED] ORDER REGARDING
SUBMISSION OF CONFIDENTIAL MATERIAL**

Pursuant to Local Rule 7.2, and for good cause shown, this Honorable Court hereby ORDERS as follows:

1. By motion dated January 27, 2006, the Defendants have moved to require that certain confidential material that the SEC may file as part of its opposition be filed under seal. The Defendants' motion is hereby GRANTED.

2. In its opposition to Defendants' motion for partial summary judgment, the Plaintiff Securities and Exchange Commission ("SEC") is hereby ordered to file *under seal* all confidential information pertaining to Biopure's drug development program containing (1) confidential communications with the United States Food and Drug Administration and documents and testimony about those communications; (2) Biopure's trade secrets regarding its oxygen therapeutic products, Hemopure® and Oxyglobin®; and (3) Biopure's proprietary clinical protocols and other confidential business information.

3. The Clerk is directed to maintain such information filed under seal in a non-public file until further order of the Court.

- 2 -

SO ORDERED:

_____
Honorable Patricia B. Saris, United States District Court

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN<br>and JANE KOBER,<br><br>Defendants. | CIVIL ACTION NO.<br><br>05-CA-11853-PBS |

## [PROPOSED] INTERIM ORDER REGARDING SUBMISSION OF CONFIDENTIAL MATERIAL

Pursuant to Local Rule 7.2, and for good cause shown, this Honorable Court hereby ORDERS as follows:

1. Plaintiffs, Securities and Exchange Commission ("SEC") is anticipated to file an opposition to the Defendants' motion for partial summary judgment on or before January 31, 2006. By motion dated January 27, 2006, the Defendants have moved to require that certain confidential material that the SEC may file as part of its opposition be filed under seal.

2. Before this Court makes a ruling on the requested motion, in order to preserve the *status quo*, SEC is hereby ordered temporarily to file its opposition to Defendants' motion for partial summary judgment under seal or otherwise to avoid its access in the public files of this Court. This Court reserves ruling on the issue of whether the opposition will remain non-public in whole or in part.

SO ORDERED:

_____
Honorable Patricia B. Saris, United States District Court