UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN<br>and JANE KOBER,<br><br>Defendants. | CIVIL ACTION NO.<br><br>05-CA-11853-PBS |

### AFFIDAVIT OF ZAFIRIS G. ZAFIRELIS

Comes now Zafiris G. Zafirelis who states under pains and penalties of perjury the following:

1. My name is Zafiris G. Zafirelis. I am currently President, Chief Executive Officer and Chairman of the Board of Biopure Corporation, a defendant in this action.

2. Biopure manufactures and develops a new class of pharmaceuticals that are intravenously administered to deliver oxygen to the body's tissues.

3. Hemopure®, [Hemoglobin-glutamer-250 (Bovine)], Biopure's first in-class product for human use, consists of chemically stabilized bovine hemoglobin formulated in a balanced salt solution. On a gram-for-gram basis, this cross-linked hemoglobin carries the same amount of oxygen as the hemoglobin in red blood cells.

4. Hemopure® has not been approved by the United States Food and Drug Administration ("FDA") for sale in the United States. Oxyglobin®, the veterinary product, has been approved. Biopure uses proprietary and patented purification and polymerization processes in the manufacture of its oxygen therapeutic products. Biopure's scientific and engineering

teams designed and built much of the Company's large-scale critical equipment, and a proprietary computer software system operates and monitors most of the manufacturing process.

5. Patents, trademarks, trade secrets, technological know-how and other proprietary rights, including Biopure's applications to and communication with regulatory authorities, are critical to Biopure's business. As of August 26, 2003, the Company held dozens of patents relating to its oxygen therapeutics, including 23 issued U.S. patents covering the manufacture of ultra-pure and room temperature stable hemoglobin solutions and their use as oxygen therapeutics.

6. In the course of its development of Hemopure®, Biopure makes confidential submissions to the FDA. Biopure's submissions to FDA and FDA's communications to the Company about them are core issues in this pending case. These submissions and FDA's communications to the Company about them contain confidential, proprietary information to Biopure. By law, the FDA does not make these submissions and its communications publicly available.

7. Biopure would be harmed competitively if its trade secrets or its submissions to or communications with FDA (or information about any of them) become public. There are other companies in competition to develop products to meet the unmet medical needs Biopure's product is intended to meet. Indeed, Biopure has no other human product on the market or in development. Harm to Hemopure through disclosure of confidential information is irreparable to the Company.

_____
Zafiris G. Zafirelis