UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                    Plaintiff, :   Civ. A. No. 05-11853-PBS
    v. :
:
BIOPURE CORPORATION, :
THOMAS MOORE, HOWARD RICHMAN, :
and JANE KOBER :
:
                    Defendants. :
_____:

**ASSENTED-TO MOTION TO MODIFY BRIEFING SCHEDULES**

      Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Local Rule 7.1(b)(3), hereby files this assented-to motion to modify briefing schedules in this action. In support of its motion, the Commission states as follows:

      1.    On December 21, 2005, defendants filed a Joint Motion for Partial Summary Judgment ("Summary Judgment Motion"). The Commission's Opposition to defendants' Summary Judgment Motion is currently due on January 31, 2006.

      2.    On January 27, 2006, defendants filed a Motion for Impoundment and Expedited Treatment, or in the Alternative, Motion for Temporary Impoundment Pending Disposition of this Motion ("Impoundment Motion") seeking an order requiring the Commission to file its Opposition to the Summary Judgment Motion under seal. Pursuant to the local rules of this district, the Commission's response to defendants' Impoundment Motion would be due on February 10, 2006.

      3.    In light of the two related motions, the parties have reached an agreement to modify the briefing schedules as follows: The Commission will file a response to Defendants'

Impoundment Motion by February 3, 2006, and the deadline for the Commission to file its Opposition to the Summary Judgment Motion will be extended to February 7, 2006.

WHEREFORE, the Commission respectfully requests that this Court enter an Order reflecting the parties' agreement that Response to the defendants' Impoundment Motion is due on February 3, 2006 and Opposition to defendants' Summary Judgement Motion is due on February 7, 2006.

Dated: January 27, 2006                                          Respectfully submitted,
       Boston, Massachusetts

                                        /s/ Ian D. Roffman
Ian D. Roffman (BBO# 637564)
R. Daniel O'Connor (BBO# 634207)
Ellen Bober Moynihan (BBO# 567598)
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8900, ext. 8987 (Roffman)

**Local Rule 7.1(A)(2) Certification**

I, Ian D. Roffman, certify that on January 27, 2006, I conferred with opposing counsel concerning this motion. Defendants' counsel assent to the relief sought herein.

Dated: January 27, 2006                                          /s/ Ian D. Roffman
                                                             Ian D. Roffman

*Electronically Served*