UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                             :
SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                 Plaintiff,     :   Civ. A. No. 05-11853-PBS
   v.                                        :
                                             :
BIOPURE CORPORATION,                         :
THOMAS MOORE, HOWARD RICHMAN,                :
and JANE KOBER                               :
                                             :
                 Defendants.    :
_____:

**MOTION FOR A 10-DAY EXTENSION FOR EXPERT DESIGNATION
AND FOR EXPEDITED CONSIDERATION OF THIS MOTION**

      Plaintiff Securities and Exchange Commission ("Commission"), pursuant to F.R.C.P. 26(a)(2) and Local Rule 7.1, respectfully requests that this Court grant a modest 10-day extension for the Commission's expert designation. In support of its motion, the Commission states as follows:

      1.    On November 22, 2005, this Court entered a Scheduling Order that set the following deadlines: the Commission's expert designation at February 14, 2006, the defendants' expert designation at March 14, 2006 and the completion of expert discovery by April 14, 2006.

      2.    Since entry of the Scheduling Order, this has been an extremely fast-paced action. Among other things, the parties have actively litigated several discovery disputes in two jurisdictions, are preparing for a mediation of this action, and are currently briefing defendants' motion for partial summary judgment.

      3.    The Commission now requests a modest 10-day extension of its deadline for expert designations, until February 24, 2006. A ten-day extension is necessary to allow the

Commission's potential expert witness adequate time to complete a report. Among other things, the Commission's potential expert witness will be traveling out-of-town during the next few weeks and has several other obligations unrelated to this action. The Commission does not believe that a 10-day extension would require any change to the May 8, 2006 trial date.

4. The Commission would not object to a similar extension to defendants' expert designation deadline, if they request one. The defendants have not agreed to this request.

5. In addition, because the current deadline for the Commission's expert designation is in 15 days, the Commission respectfully requests expedited consideration of this Motion, including that the defendants be required to file any response to this Motion by February 6, 2006.

WHEREFORE, the Commission respectfully requests that this Court extend the deadline for the Commission's expert designations for 10 days, to February 24, 2006, and that the Court order defendants' to file any response to this Motion by February 6, 2006.

Dated: January 30, 2006  
       Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman  
Ian D. Roffman (BBO# 637564)  
R. Daniel O'Connor (BBO# 634207)  
Ellen Bober Moynihan (BBO# 567598)  
ATTORNEYS FOR PLAINTIFF  
SECURITIES AND EXCHANGE COMMISSION  
73 Tremont Street, 6th Floor  
Boston, Massachusetts 02108  
(617) 573-8900, ext. 8987 (Roffman)

**Local Rule 7.1(A)(2) Certification**

I, Ian D. Roffman, certify that I conferred with opposing counsel concerning this motion. Defendants' counsel does not agree to the relief sought herein.

Dated: January 30, 2006

/s/ Ian D. Roffman  
Ian D. Roffman

*Electronically Served*