UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION, )
)
)
                                        Plaintiff, )
)
        v.                               )
)
BIOPURE CORPORATION,                     )
THOMAS MOORE, HOWARD RICHMAN             )
and JANE KOBER,                          )
)
                                       Defendants. )
)
)

CIVIL ACTION NO.

05-CA-11853-PBS

## DEFENDANTS' MOTION FOR IMPOUNDMENT AND *EXPEDITED TREATMENT*, OR IN THE ALTERNATIVE, MOTION FOR TEMPORARY IMPOUNDMENT PENDING DISPOSITION OF THIS MOTION

Defendants Biopure Corporation ("Biopure"), Thomas Moore, Howard Richman, and Jane Kober hereby move the Court pursuant to Local Rule 7.2, for an order requiring that the plaintiff Securities and Exchange Commission ("SEC") file its opposition to the defendants' motion for partial summary judgment under seal if it contains confidential information pertaining to Biopure's drug development program such as (1) confidential communications with the Food and Drug Administration and documents and testimony about those communications (which are confidential by federal statute); (2) Biopure's trade secrets regarding its oxygen therapeutic products, Hemopure® and Oxyglobin®; and (3) Biopure's proprietary clinical protocols and other confidential business information. A Proposed Order is attached as Exhibit A.

Defendants do not control the content of the SEC's opposition to defendants' focused motion for partial summary judgment. Given that focus, there should be no need for filing any of these confidential FDA communications or trade secrets. However, it would be too late *after* the SEC makes such a filing, if it does.

As a result, defendants ask (1) that the SEC be directed *temporarily* to file its opposition under seal *if* it intends to file information about any confidential FDA communications or trade

secrets or (2) SEC be given an extension of one week to file its opposition to Defendant's motion for partial summary judgment and consideration of this motion by the Court before then.

Counsel for the SEC has agreed to file its opposition to this motion for impoundment on February 3, 2006 provided he is allowed through February 7, 2006 to oppose the Defendants' motion for partial summary judgment.  A Proposed Interim Order is attached hereto as Exhibit B.

WHEREFORE, for the foregoing reasons and those set forth in Defendants' Memorandum of Law in Support of Motion for Impoundment, filed herewith, the Defendants respectfully request that this Court allow its Motion for Impoundment.


**JANE KOBER,**

By her attorneys,

/s/ Thomas J. Dougherty
Thomas J. Dougherty BBO #132300
Justin J. Daniels BBO #656118
Scott T. Lashway BBO #655268
Skadden, Arps, Slate,
  Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800

**HOWARD RICHMAN,**
By his attorneys,

/s/John D. Hughes
John D. Hughes BBO #243660
Cathy A. Fleming (*pro hac vice*)
Mary P. Cormier BBO #635756
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-951-2225

Dated:          January 27, 2006
                Boston, Massachusetts

**BIOPURE CORPORATION,**

By its attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Donald J. Savery, BBO #564975
Michael D. Blanchard, BBO #636860
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

**THOMAS MOORE,**
By his attorneys,

/s/Edward P. Leibensperger
Edward P. Leibensperger BBO #292620
Jeffrey S. Huang BBO #651854
McDermott, Will & Emery LLP
28 State Street
Boston, MA 02109
617-535-4046

- 2 -

## RULE 7.1(A)(2) CERTIFICATION

I, Michael D. Blanchard, hereby certify that I conferred with Ian D. Roffman, attorney for plaintiff, and attempted in good faith to resolve or narrow the issues presented in the within motion. Counsel for the SEC has agreed to file its opposition to this motion for impoundment on February 3, 2006 provided he is allowed through February 7, 2006 to oppose the Defendants' motion for partial summary judgment.

Dated: January 27, 2006
        Boston, Massachusetts

                              /s/ Michael D. Blanchard
                              Michael D. Blanchard

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was served electronically upon the attorney(s) of record for all parties on January 27, 2006.

                              /s/ Michael D. Blanchard
                              Michael D. Blanchard

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | |
| ) | 05-CA-11853-PBS |
| v. ) | |
| ) | |
| BIOPURE CORPORATION, ) | |
| THOMAS MOORE, HOWARD RICHMAN ) | |
| and JANE KOBER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER REGARDING
SUBMISSION OF CONFIDENTIAL MATERIAL**

Pursuant to Local Rule 7.2, and for good cause shown, this Honorable Court hereby

ORDERS as follows:

1.      By motion dated January 27, 2006, the Defendants have moved to require that

certain confidential material that the SEC may file as part of its opposition be filed under seal.

The Defendants' motion is hereby GRANTED.

2.      In its opposition to Defendants' motion for partial summary judgment, the

Plaintiff Securities and Exchange Commission ("SEC") is hereby ordered to file *under seal* all

confidential information pertaining to Biopure's drug development program containing (1)

confidential communications with the United States Food and Drug Administration and

documents and testimony about those communications; (2) Biopure's trade secrets regarding its

oxygen therapeutic products, Hemopure® and Oxyglobin®; and (3) Biopure's proprietary clinical

protocols and other confidential business information.

3.      The Clerk is directed to maintain such information filed under seal in a non-public

file until further order of the Court.

SO ORDERED:

_____

Honorable Patricia B. Saris, United States District Court

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 05-CA-11853-PBS |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN and JANE KOBER, | ) |
| Defendants. | ) |

## [PROPOSED] INTERIM ORDER REGARDING
## SUBMISSION OF CONFIDENTIAL MATERIAL

Pursuant to Local Rule 7.2, and for good cause shown, this Honorable Court hereby

ORDERS as follows:

1.    Plaintiffs, Securities and Exchange Commission ("SEC") is anticipated to file an

opposition to the Defendants' motion for partial summary judgment on or before January 31,

2006. By motion dated January 27, 2006, the Defendants have moved to require that certain

confidential material that the SEC may file as part of its opposition be filed under seal.

2.    Before this Court makes a ruling on the requested motion, in order to preserve the

*status quo*, SEC is hereby ordered temporarily to file its opposition to Defendants' motion for

partial summary judgment under seal or otherwise to avoid its access in the public files of this

Court. This Court reserves ruling on the issue of whether the opposition will remain non-public

in whole or in part.

SO ORDERED:

_____
Honorable Patricia B. Saris, United States District Court