UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                         Plaintiff, :   Civ. A. No. 05-11853-PBS
    v. :
:
BIOPURE CORPORATION, :
THOMAS MOORE, HOWARD RICHMAN, :
and JANE KOBER :
:
                       Defendants. :
_____:

## SURREPLY OF
## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
## OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE
## FDA EVIDENCE FROM THE TRIAL OF THIS MATTER

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this surreply to respond to one point in Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Preclude FDA Evidence from the Trial of this Matter.

The Commission is not preventing defendants from obtaining discovery from the FDA. If defendants complied with the FDA's <u>Touhy</u> regulations, they could obtain additional documents and depose FDA witnesses. Defendants have not attempted to do so -- instead making the strategic decision not to comply with those regulations in the hope that this Court would then preclude the most damaging evidence against them.

Defendants' motion has nothing to do with fairness. It has everything to do with strategy.

**Conclusion**

For the foregoing reasons, the Commission respectfully requests that this Court deny defendants' motion to preclude FDA evidence from trial in its entirety.

Dated:  January 26, 2006                                     Respectfully submitted,
        Boston, Massachusetts

      /s/ Ian D. Roffman
      Ian D. Roffman (BBO# 637564)
      R. Daniel O'Connor (BBO# 634207)
      Ellen Bober Moynihan (BBO#  567598)
      ATTORNEYS FOR PLAINTIFF
      SECURITIES AND EXCHANGE COMMISSION
      73 Tremont Street, 6th Floor
      Boston, Massachusetts 02108
      (617) 573-8900, ext. 8987 (Roffman)

*Electronically Served*