UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>                               Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION,<br>THOMAS MOORE, HOWARD RICHMAN<br>and JANE KOBER,<br><br>                               Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)<br>)   05-CA-11853-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendants Biopure Corporation ("Biopure"), Howard Richman, and Jane Kober hereby move for an extension of time in which to file their oppositions to the Securities and Exchange Commission's Motion to Compel from January 31, 2006 to February 7, 2006. As grounds for this extension, the parties are in discussions to try to resolve the motion without need for court action. Plaintiff has also assented to this extension.

| COUNSEL FOR DEFENDANT<br>JANE KOBER | COUNSEL FOR DEFENDANT<br>BIOPURE CORPORATION |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Thomas J. Dougherty<br>Thomas J. Dougherty BBO #132300<br>Justin J. Daniels BBO #656118<br>Scott T. Lashway BBO #655268<br>Skadden, Arps, Slate,<br>  Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 573-4800 | /s/ Michael D. Blanchard<br>Robert A. Buhlman, BBO #554393<br>Donald J. Savery, BBO #564975<br>Michael D. Blanchard, BBO #636860<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |

- 2 -

COUNSEL FOR DEFENDANT
HOWARD RICHMAN

By his attorneys,

/s/ John D. Hughes
John D. Hughes BBO #243660
Cathy A. Fleming (*pro hac vice*)
Mary P. Cormier BBO #635756
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-951-2225

Dated:        January 31, 2006
              Boston, Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading served by electronic service upon the attorney(s) of record for all parties on January 31, 2006.

              /s/ Michael D. Blanchard
              Michael D. Blanchard