UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN and JANE KOBER, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 05-CA-11853-PBS |

## [~~PROPOSED~~] ORDER REGARDING SUBMISSION OF CONFIDENTIAL MATERIAL

Pursuant to Local Rule 7.2, and for good cause shown, this Honorable Court hereby ORDERS as follows:

1. By motion dated January 27, 2006, the Defendants have moved to require that certain confidential material that the SEC may file as part of its opposition be filed under seal. The Defendants' motion is hereby GRANTED.

2. In its opposition to Defendants' motion for partial summary judgment, the Plaintiff Securities and Exchange Commission ("SEC") is hereby ordered to file *under seal* all confidential information pertaining to Biopure's drug development program containing (1) confidential communications with the United States Food and Drug Administration and documents and testimony about those communications; (2) Biopure's trade secrets regarding its oxygen therapeutic products, Hemopure® and Oxyglobin®; and (3) Biopure's proprietary clinical protocols and other confidential business information.

3. The Clerk is directed to maintain such information filed under seal in a non-public file until further order of the Court.

CTDOCS/1651578.1

SO ORDERED:

_____
Honorable Patricia B. Saris, United States District Court