UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | Civil Action No. 05-11853-PBS |

**DEFENDANTS' RESPONSE TO SECURITIES AND EXCHANGE COMMISSION'S MOTION TO COMPEL DEFENDANTS TO ADMIT OR DENY MATTERS SET FORTH IN THE COMMISSION'S REQUESTS FOR ADMISSION**

Defendants Biopure Corporation ("Biopure"), Jane Kober and Howard Richman ("Defendants") hereby respond to Plaintiff Securities and Exchange Commission's ("SEC's") Motion to Compel.

Defendants submit that, after conferring with counsel for the SEC to resolve the issues presented by the motion to compel, they have served amended responses to the SEC's requests for admission. Defendants believe that the amended responses moot the SEC's motion.

| | |
|---|---|
| **JANE KOBER,** | **BIOPURE CORPORATION,** |
| By her attorneys, | By its attorneys, |
| /s/ Thomas J. Dougherty | /s/ Robert A. Buhlman |
| Thomas J. Dougherty BBO #132300 | Robert A. Buhlman, BBO #554393 |
| Justin J. Daniels BBO #656118 | Donald J. Savery, BBO #564975 |
| Scott T. Lashway BBO #655268 | Michael D. Blanchard, BBO #636860 |
| Skadden, Arps, Slate, | Bingham McCutchen LLP |
|   Meagher & Flom LLP | 150 Federal Street |
| One Beacon Street | Boston, MA  02110-1726 |
| Boston, MA 02108 | (617) 951-8000 |
| (617) 573-4800 | robert.buhlman@bingham.com |
| dougherty@skadden.com | |

**HOWARD RICHMAN,**
By his attorneys,

/s/John D. Hughes
John D. Hughes BBO #243660
Cathy A. Fleming (*pro hac vice*)
Mary P. Cormier BBO #635756
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-951-2225
jhughes@eapdlaw.com

Dated:          February 7, 2006

## CERTIFICATE OF SERVICE

I, Michael D. Blanchard, hereby certify that a true copy of the above pleading was served electronically upon counsel of record for all parties on February 7, 2006.

/s/ Michael D. Blanchard_
Michael D. Blanchard

3

BST99 1485700-1.075040.0011