UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) Plaintiff, ) ) v. ) ) BIOPURE CORPORATION, THOMAS ) MOORE, HOWARD RICHMAN, and JANE ) KOBER, ) ) Defendants, ) | Civil Action No. 05-11853-PBS  **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION FOR RULE 16 CONFERENCE

| | |
|---|---|
| Robert A. Buhlman<br>Donald J. Savery<br>Machael D. Blanchard<br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, Massachusetts 02110<br>(617) 951-8000<br><br>Counsel for Defendant Biopure Corporation | John. D. Hughes<br>Cathy A. Fleming<br>Mary-Pat Cormier<br>Joey H. Lee<br>EDWARDS ANGELL PALMER &<br>    DODGE LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>(617) 239-0100<br><br>Counsel for Defendant Howard Richman |
| Thomas J. Dougherty<br>Justin J. Daniels<br>Scott T. Lashway<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant Jane Kober | Edward P. Leibensperger<br>Bobby R. Burchfield<br>Jason A. Levine<br>MCDERMOTT, WILL & EMERY LLP<br>28 State Street<br>Boston, Massachusetts 02109<br>(617) 535-4046<br><br>Counsel for Defendant Thomas Moore |

Pursuant to Federal Rule of Civil Procedure Rule 16(a), the Defendants Biopure Corporation, Thomas Moore, Howard Richman, and Jane Kober ("Defendants") respectfully submit this Motion For Rule 16 Conference. Defendants seek a conference or hearing with the Court on February 10, 2006, or as soon as practicable thereafter, for the purpose of requesting that the Court order the Government – a party in this action – to facilitate the immediate production of the requested FDA documents and personnel. In support of this motion, the Defendants submit the attached memorandum of law and appendix of Exhibits A through Y.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants respectfully request a hearing on this motion.

### CERTIFICATION UNDER LOCAL RULES 7.1.(a)(2) AND 37.1

The undersigned hereby certify that counsel to Howard Richman has conferred on behalf of the Defendants with counsel for the SEC to narrow the issues on the motion. Counsel to the SEC has consented to a Rule 16 conference, but not the relief sought in the application. Counsel to the SEC wants the Rule 16 Conference to be at the conclusion of all briefing on this application; Defendants seek a Rule 16 conference at the earliest available date.

Dated February 8 2006
Boston, Massachusetts

Respectfully submitted,

/s/
Robert A. Buhlman (BBO #554393)
Donald J. Savery (BBO #564975)
Machael D. Blanchard (BBO #636860)
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

/s/
John. D. Hughes (BBO #243660)
Cathy A. Fleming (*pro hac vice*)
Mary-Pat Cormier (BBO #635756)
Joey H. Lee (BBO #663803)
EDWARDS ANGELL PALMER &
    DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

- 3 -

| | |
|---|---|
| Counsel for Defendant Biopure Corporation | Counsel for Defendant Howard Richman |
| /s/ | |
| Thomas J. Dougherty (BBO #132300) | |
| Justin J. Daniels (BBO #656118) | /s/ |
| Scott T. Lashway (BBO #655268) | Edward P. Leibensperger (BBO #292620) |
| SKADDEN, ARPS, SLATE, | Bobby R. Burchfield (*pro hac vice*) |
|    MEAGHER & FLOM LLP | Jason A. Levine (*pro hac vice*) |
| One Beacon Street | MCDERMOTT, WILL & EMERY LLP |
| Boston, Massachusetts 02108 | 28 State Street |
| (617) 573-4800 | Boston, Massachusetts 02109 |
| | (617) 535-4046 |
| Counsel for Defendant Jane Kober | |
| | Counsel for Defendant Thomas Moore |