UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civ. A. No. 05-11853-PBS |
| v. | : | |
| | : | |
| BIOPURE CORPORATION, | : | |
| THOMAS MOORE, HOWARD RICHMAN, | : | |
| and JANE KOBER | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL
OF SECURITIES AND EXCHANGE COMMISSION'S MOTION
TO COMPEL DEFENDANTS TO ADMIT OR DENY MATTERS
SET FORTH IN THE COMMISSION'S REQUESTS FOR ADMISSION**

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this Notice to withdraw its pending Motion To Compel Defendants to Admit or Deny Matters Set Forth in the Commission's Requests for Admission.

In support of its withdrawal, the Commission states that defendants have amended their responses. Accordingly, withdrawal of the pending motion to compel is appropriate at this time.

Dated: February 10, 2006
Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman
Ian D. Roffman (BBO# 637564)
R. Daniel O'Connor (BBO# 634207)
Ellen Bober Moynihan (BBO# 567598)
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8900, ext. 8987 (Roffman)

*Electronically Served*