# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER <br><br> Defendants. | CIVIL ACTION <br> N0. 05-11853 - PBS |

## *ASSENTED-TO* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(b)(3), Defendants respectfully request leave to file the attached Reply Memorandum In Support Of Defendants' Motion For Partial Summary Judgment.

Plaintiffs' counsel assents to the relief sought herein.

As grounds for this motion, Defendants submit that their brief reply memorandum of law (attached) will serve to clarify issues and assist the Court in disposition of the Defendants' motion for partial summary judgment.

| COUNSEL FOR DEFENDANT<br>JANE KOBER | COUNSEL FOR DEFENDANT<br>BIOPURE CORPORATION |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Thomas J. Dougherty<br>Thomas J. Dougherty BBO #132300<br>Justin J. Daniels BBO #656118<br>Scott T. Lashway BBO #655268<br>Skadden, Arps, Slate,<br>  Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 573-4800 | /s/ Robert A. Buhlman<br>Robert A. Buhlman, BBO #554393<br>Donald J. Savery, BBO #564975<br>Michael D. Blanchard, BBO #636860<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |
| COUNSEL FOR DEFENDANT<br>HOWARD RICHMAN | COUNSEL FOR DEFENDANT<br>THOMAS MOORE |
| By his attorneys, | By his attorneys, |
| /s/ John D. Hughes<br>John D. Hughes BBO #243660<br>Cathy A. Fleming (*pro hac vice*)<br>Mary P. Cormier BBO #635756<br>Edwards Angell Palmer & Dodge, LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>617-951-2225 | /s/ Edward P. Leibensperger<br>Edward P. Leibensperger, Esq. BBO #292620<br>McDermott Will & Emery LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000<br><br>Bobby R Burchfield (*pro hac vice*)<br>Jason A. Levine (*pro hac vice*)<br>McDermott Will & Emery LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 756-8021 |

Dated:  February 16, 2006

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion. Counsel for Plaintiffs consents to the relief sought by this motion.

/s/ Michael D. Blanchard
Michael D. Blanchard

## Certificate of Service

I, Robert A. Buhlman, hereby certify that on February 16, 2006, a true and correct copy of the foregoing Reply Memorandum In Support of Defendants' Motion for Partial Summary Judgment was electronically served upon counsel of record for each other party.

/s/ Robert A. Buhlman
Robert A. Buhlman