UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civ. A. No. 05-11853-PBS |
| v. | : |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER | : |
| Defendants. | : |

**NOTICE OF CHANGE OF ADDRESS BY**
**SECURITIES AND EXCHANGE COMMISSION**

Please note that the Boston District Office of plaintiff Securities and Exchange Commission is relocating. As of February 27, 2006, the new address for the undersigned counsel will be:

Securities and Exchange Commission
33 Arch Street, 23rd floor
Boston, MA 02110-1424
(617) 573-8987 (phone)
(617) 573-4590 (fax)

Dated: February 23, 2006
Boston, Massachusetts

Respectfully submitted,

 /s/ Ian D. Roffman
Ian D. Roffman (BBO# 637564)
R. Daniel O'Connor (BBO# 634207)
Ellen Bober Moynihan (BBO# 567598)
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street
23rd floor
Boston, MA 02110-1424
(617) 573-8900, ext. 8987 (Roffman)

*Served Electronically by ECF*