UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE          :
COMMISSION,                      :
                                 :
                    Plaintiff,   :      Civil Action
                                 :      No. 05-11853-PBS
           v.                    :
                                 :
BIOPURE CORPORATION, THOMAS      :
MOORE, HOWARD RICHMAN, and JANE  :
KOBER,                           :
                                 :
                    Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION FOR EXTENSIONS
TO THE DEADLINE FOR DEFENDANTS' EXPERT DESIGNATION
AND THE DEADLINE FOR COMPLETION OF EXPERT DISCOVERY**

Plaintiff, Securities and Exchange Commission (the "SEC") and Defendants,

Biopure Corporation, Thomas Moore, Howard Richman, and Jane Kober (together with

the SEC, the "Parties"), respectfully request, pursuant to Federal Rule of Civil Procedure

26(a)(2) and Local Rule 7.1, an extension for Defendants' expert designation and for the

completion of expert discovery.

In support of this motion, the Parties state as follows:

1.      On November 22, 2005, the Court entered a Scheduling Order that

provided the following deadlines for expert disclosures:  February 14, 2006 for the SEC;

and March 14, 2006 for Defendants.  The Scheduling Order also includes an expert

discovery deadline of April 14, 2006.

2.      On or about January 30, 2006, the SEC filed a Motion For a 10-Day

Extension For Expert Designation And For Expedited Consideration, seeking an extension

of the deadline for its own expert designation to and including February 24, 2006.  The Court granted the SEC's motion on or about January 30, 2006.

3.     The Parties now seek similar extensions of the deadlines for both Defendants' disclosure and completion of expert discovery, such that the complete expert discovery schedule will be as follows:

Plaintiff's expert designation deadline:      2/24/06

Defendants' expert designation deadline:      3/27/06

Expert discovery deadline:                    4/25/06

4.     The requested extensions will provide Defendants adequate time to prepare their own designation, and will give all Parties adequate time to complete expert discovery following designations.

5.     Defendants state that they expressly reserve their right to request a further extension of the expert discovery deadline and/or to supplement their disclosure subsequent to resolution of issues regarding FDA discovery.  Plaintiff takes no position at this time regarding Defendants' statement.  Subject to that caveat, the Parties represent that the requested extension will not require any change to the May 8, 2006 trial date.


WHEREFORE, the Parties request ten-day extensions of the Scheduling Order deadlines for Defendants' expert designations and completion of expert discovery.

Dated  February 27, 2006

Respectfully submitted,

/s/ Ian D. Roffman
Ian D. Roffman (BBO #637564)
R. Daniel O'Connor (BBO #634207)
Ellen Bober Moynihan (BBO #567598)
SECURITIES EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8900, ext. 8987 (Roffman)

Counsel for Plaintiff
Securities Exchange Commission


/s/ Donald J. Savery
Robert A. Buhlman (BBO #554393)
Donald J. Savery (BBO #564975)
Michael D. Blanchard (BBO #636860)
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000
robert.buhlman@bingham.com

Counsel for Defendant Biopure Corporation


/s/ Thomas J. Dougherty
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Scott T. Lashway (BBO #655268)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com

Counsel for Defendant Jane Kober


/s/ John D. Hughes
John D. Hughes (BBO #243660)
Cathy A. Fleming (*pro hac vice*)
Mary P. Cormier (BBO #635756)
EDWARDS ANGELL PALMER &
    DODGE LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 951-2225
jhughes@eapdlaw.com

Counsel for Defendant Howard Richman


/s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO #292620)
Bobby R. Burchfield (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4046
eleibensperger@mwe.com

Counsel for Defendant Thomas Moore

## **CERTIFICATE OF SERVICE**

I, Donald J. Savery, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants.

Dated:  February 27, 2006                    /s/ Donald J. Savery              
                                             Donald J. Savery