UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN and JANE KOBER,<br><br>                      Defendants. | CIVIL ACTION<br>NO. 05 CA 11853 PBS |

## NOTICE OF APPEARANCE

Please notice the appearance of the undersigned, Donald J. Savery, as counsel for the Defendant Biopure Corporation.

                      **BIOPURE CORPORATION,**

                      By its attorneys,

                      /s/ Donald J. Savery BBO #564975
                      Robert A. Buhlman, BBO #554293
                      Donald J. Savery, BBO #564975
                      Michael D. Blanchard, BBO #636860
                      **BINGHAM MCCUTCHEN LLP**
                      150 Federal Street
                      Boston, MA  02110-1726
                      (617) 951-8000
                      donald.savery@bingham.com

Dated: February 28, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each other party on February 28, 2006.

                      /s/ Donald J. Savery
                      Donald J. Savery

LITDOCS/632705.1

- 2 -

LITDOCS/618286.1
LITDOCS/632705.1