UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | Civ. A. No. 05-11853-PBS |
| v. : | |
| : | |
| BIOPURE CORPORATION, : | |
| THOMAS MOORE, HOWARD RICHMAN, : | |
| and JANE KOBER : | |
| : | |
| Defendants. : | |

**SECURITIES AND EXCHANGE COMMISSION'S
RESPONSE TO DEFENDANTS' RENEWED MOTION FOR RULE 16 CONFERENCE**

The Securities and Exchange Commission ("Commission") respectfully submits this Response to Defendants' Renewed Motion for Rule 16 Conference ("Motion").

The Commission does not object to participating in a Rule 16(a) conference with the Court, which could be useful for the parties to resolve some uncertainty as the parties prepare for trial. However, the Commission again notes that defendants overstate their purported claims of prejudice. All defendants need to do to obtain testimony from FDA witnesses is submit a request to the FDA that complies with 21 C.F.R §20.1.

Dated: March 3, 2006                              Respectfully submitted,
       Boston, Massachusetts

                                                   /s/ Ian D. Roffman
                                                   Ian D. Roffman (BBO# 637564)
                                                   R. Daniel O'Connor (BBO# 634207)
                                                   Ellen Bober Moynihan (BBO# 567598)
                                                   ATTORNEYS FOR PLAINTIFF
                                                   SECURITIES AND EXCHANGE COMMISSION
                                                   73 Tremont Street, 6th Floor
                                                   Boston, Massachusetts 02108
                                                   (617) 573-8900, ext. 8987 (Roffman)

*Electronically Served*