UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Securities and Exchange Commission
        Plaintiff,

CIVIL ACTION
NO.   05-11853-PBS

v.

Biopure Corporation, et al
        Defendants.

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                              March 7, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **March 16, 2006**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                            By the Court,

                                            _/s/ Robert C. Alba
                                            Deputy Clerk

Copies to:  All Counsel