UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 05-CA-11853-PBS |
| | ) | |
| BIOPURE CORPORATION, | ) | |
| THOMAS MOORE, HOWARD RICHMAN | ) | |
| and JANE KOBER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTAIN DEFENDANTS' ASSENTED-TO MOTION FOR CONTINUANCE PENDING SETTLEMENT COMPLETION

Defendants Biopure Corporation ("Biopure") and Jane Kober (the "Settling Defendants") respectfully move for an order of continuance of all current Court-ordered deadlines as to the Settling Defendants pending completion and approval of a potential mediated settlement in principle reached with the staff of the Securities and Exchange Commission ("SEC").

Plaintiff assents to the relief sought by this motion.

As grounds for this motion, the Settling Defendants state as follows:

1.      On March 9 and March 11, 2006, the Settling Defendants and the staff of the SEC participated in mediation.  Subject to the approval of the SEC and the Court, the Settling Defendants agreed to offer and the staff of the SEC agreed to recommend settlement of all claims, causes of action and demands by the SEC against the Settling Defendants in the above-captioned litigation ("Agreement In Principle").  The Agreement in Principle must be approved by the SEC itself.  If that happens, it will be presented to this Court.

2.      Pending that process, pursuant to the Agreement In Principle, the staff agreed not to object to a motion for continuance of all current Court-ordered deadlines as to the Settling Defendants.

3.      The parties further agreed to make best efforts to negotiate final documents within

the next 30 days, which will be subject to the SEC's approval.

4.      In the interests of judicial economy and the efficient resolution of this litigation, the Settling Defendants respectfully submit that a continuance of all current Court-ordered deadlines as to the Settling Defendants is warranted by the foregoing.

WHEREAS, for the foregoing reasons, the Settling Defendants respectfully submit that their motion be granted in all respects and all current Court-ordered deadlines as to Biopure and Jane Kober be continued pending possible completion of the Agreement In Principle.

| | |
|---|---|
| **JANE KOBER,** | **BIOPURE CORPORATION,** |
| By her attorneys, | By its attorneys, |
| /s/ Thomas J. Dougherty | /s/ Robert A. Buhlman |
| Thomas J. Dougherty BBO #132300 | Robert A. Buhlman, BBO #554393 |
| Justin J. Daniels BBO #656118 | Donald J. Savery, BBO #564975 |
| Scott T. Lashway BBO #655268 | Michael D. Blanchard, BBO #636860 |
| Skadden, Arps, Slate, | Bingham McCutchen LLP |
|   Meagher & Flom LLP | 150 Federal Street |
| One Beacon Street | Boston, MA  02110-1726 |
| Boston, MA 02108 | (617) 951-8000 |
| (617) 573-4800 | |

Dated:        March 15, 2006
                   Boston, Massachusetts

CTDOCS/1655425.1

## **RULE 7.1(A)(2) CERTIFICATION**

I, Robert A. Buhlman, hereby certify that the parties conferred and agreed to the relief sought herein.

Dated: March 15, 2006
        Boston, Massachusetts

                    /s/ Robert A. Buhlman
                    Robert A. Buhlman

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above pleading was served electronically upon the attorney(s) of record for all parties on March 15, 2006.

                    /s/ Robert A. Buhlman
                    Robert A. Buhlman

CTDOCS/1655425.1