UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civ. A No. 05-11853-PBS |
| v. | : | |
| | : | |
| BIOPURE CORPORATION, | : | |
| THOMAS MOORE, HOWARD RICHMAN, | : | |
| and JANE KOBER | : | |
| | : | |
| Defendants. | : | |

**STATUS REPORT**

Plaintiff Securities and Exchange Commission ("Commission") respectfully files this status report to inform the Court of certain recent developments relating to this action.

On Thursday, March 9, 2006 and Saturday, March 12, 2006, plaintiff Commission, defendant Biopure, defendant Richman, and defendant Kober participated in a mediation of this dispute, as previously discussed with this Court. Defendant Moore was unable to participate in the mediation because of a previously disclosed scheduling conflict of his counsel. At the conclusion of the mediation, counsel for the Commission reached an agreement in principle to settle claims in this action against defendants Biopure and Kober. Under the terms of settlement, defendants Biopure and Kober would each sign a Consent to entry of Final Judgment by this Court.

Under Commission practice, Commission counsel is not authorized to present the proposed Final Judgments to this Court until the Commissioners formally approve the settlement. Given the high volume of Commission business at this time, the approval process within the Commission is likely to take approximately two months.

The Commission intends to continue to prosecute its claims against the remaining defendants, defendants Moore and Richman. However, in light of the pending settlement agreement in principle with defendants Biopure and Kober, counsel for defendants Moore and Richman have engaged Commission counsel in discussions concerning a continuance of the trial date and other pretrial deadlines. Commission counsel believes that the parties will be able to reach an agreement about scheduling to present to the Court and will be prepared to discuss these matters with the Court during the hearing scheduled for tomorrow, March 16, 2006.

Dated: March 15, 2006
      Boston, Massachusetts                           Respectfully submitted,

                                                    /s/ Ian D. Roffman
                                                    Ian D. Roffman (BBO #637564)
                                                    R. Daniel O'Connor (BBO# 634207)
                                                    Ellen Bober Moynihan (BBO# 567598)
                                                    33 Arch Street
                                                    Boston, Massachusetts 02110-1424
                                                    (617) 573-8900, ext. 8987 (Roffman)

                                                    Counsel for Plaintiff
                                                    Securities and Exchange Commission

                    *Served Electronically by ECF*