UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, )<br><br>Defendants, ) | Civil Action<br>No. 05-11853-PBS |

### DEFENDANT HOWARD RICHMAN'S MOTION FOR STAY OF PROCEEDINGS AND FOR CONTINUANCE OF THE TRIAL DATE

Defendant Howard Richman ("Dr. Richman") submits this Motion requesting that the Court stay all proceedings, except as to document discovery, pending completion and approval of a potential mediated settlement in principal reached between the Plaintiff and the Defendants, Biopure Corporation and Jane Kober ("Settlements"). Dr. Richman also asks that the trial date, which is currently scheduled for May 8, 2006, be continued. In support of this Motion, Dr. Richman states:

1. Dr. Richman understands that there are Settlements in principle with his co-defendants Biopure and Jane Kober. Dr. Richman, through counsel, was able to participate in the first day of the two days of mediation. As discussed with counsel for the SEC, Dr. Richman is desirous of continuing mediation.

2. Dr. Richman also requests a stay of proceedings pending the SEC Settlements, except as to document discovery. Dr. Richman further contends that FDA documents, which have been requested, are <u>essential</u> for his preparation for defense. Other than document discovery, all other proceedings should be stayed until the Settlements are approved.

3. Based on conversations with counsel for the SEC, the undersigned counsel agree with the SEC that we can likely agree to a schedule governing the future disposition of this case.

4. Finally, Dr. Richman agrees that the trial date needs to be adjourned in light of circumstances, including the pending settlements.

WHEREFORE, Dr. Richman respectfully requests that this Court stay all proceedings, except as to document discovery pending completion and approval of a potential mediated Settlements in principle reached between the Plaintiff and the Defendants, Biopure Corporation and Jane Kober. Dr. Richman also asks that the trial date, currently scheduled for May 8, 2006, be continued.

## CERTIFICATION UNDER LOCAL RULES 7.1.(a)(2) AND 37.1

The undersigned hereby certifies that she conferred with counsel for the SEC to narrow the issues on the foregoing Motion.

- 3 -

Dated March 16, 2006
Boston, Massachusetts

                              Respectfully submitted,

                              Counsel for Defendant Howard Richman

                              /s/ Mary-Pat Cormier
                              John. D. Hughes (BBO #243660)
                              Cathy A. Fleming (*pro hac vice*)
                              Mary-Pat Cormier (BBO #635756)
                              Joey H. Lee (BBO #663803)
                              EDWARDS ANGELL PALMER &
                                 DODGE LLP
                              111 Huntington Avenue
                              Boston, Massachusetts 02199
                              (617) 239-0100