UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civ. A No. 05-11853-PBS |
| v. | : |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER | : |
| Defendants. | : |

# [PROPOSED] JOINT SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and this Court's Order, dated March 16, 2006, counsel for Plaintiff Securities and Exchange Commission ("Commission"), counsel for Defendant Thomas Moore, and counsel for defendant Howard Richman respectfully submit this proposed Joint Scheduling Order.

| | |
|---|---|
| Deadline to Make Document Requests | May 15, 2006 |
| Deadline to Complete Document Discovery | July 1, 2006 |
| Defendants' expert disclosure | August 15, 2006 |
| Discovery cut-off | October 31, 2006 |
| Final pre-trial Conference | January 9, 2007, 2:00 pm |

| | |
|---|---|
| Dated: March 27, 2006<br>Boston, Massachusetts | Respectfully submitted,<br><br>  /s/ Ian D. Roffman<br>Ian D. Roffman (BBO #637564)<br>R. Daniel O'Connor (BBO# 634207)<br>Ellen Bober Moynihan (BBO#  567598)<br>33 Arch Street<br>Boston, Massachusetts 02110-1424<br>(617) 573-8900, ext. 8987 (Roffman)<br><br>COUNSEL FOR PLAINTIFF<br>SECURITIES AND EXCHANGE COMMISSION |
|   /s/ Cathy A. Fleming<br>John D. Hughes (BBO #243660)<br>Cathy A. Fleming<br>Mary Patricia Cormier (BBO #635756)<br>EDWARDS, ANGELL, PALMER & DODGE LLP<br>111 Huntington Ave<br>Boston, MA 02199<br>(617) 439-4444<br><br>COUNSEL FOR DEFENDANT<br>HOWARD RICHMAN |   /s/ Bobby R. Burchfield<br>Edward P. Leibensperger (BBO# 292620)<br>Jeffrey S. Huang (BBO# 651854)<br>MCDERMOTT, WILL & EMERY LLP<br>28 State Street<br>Boston, MA 02109-1775<br>(617) 535-4046<br><br>Bobby R. Burchfield<br>Jason A. Levine<br>MCDERMOTT WILL & EMERY LLP<br>Washington D.C. 20005-3096<br>(202) 756 - 8000<br><br>COUNSEL FOR DEFENDANT<br>THOMAS MOORE |

*Served Electronically*