UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION, )
        Plaintiff                              )
                                        )
v.                                          )        C.A. No. 05-11853-WGY
                                        )
BIOPURE CORPORATION, THOMAS MOORE, )
HOWARD RICHMAN AND JANE KOBER,    )
        Defendants                     )

**ENTRY OF APPEARANCE**

In connection with the above captioned action, please enter my appearance as counsel for Howard Richman:

        John J. Tumilty (B.B.O. No. 560017)

        EDWARDS ANGELL PALMER & DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.: (617) 239-0100
        Fax: (617) 227-4420

        By his attorneys

Dated: June 6, 2006        /s/ John J. Tumilty
        John D. Hughes (B.B.O. No. 243660)
        John J. Tumilty (B.B.O. No. 560017)
        Mary Patricia Cormier (B.B.O. No. 635756)
        EDWARDS ANGELL PALMER & DODGE, LLP
        111 Huntington Avenue
        Boston, MA 02199
        Tel.: (617) 239-0100
        Fax: (617) 227-4420