UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,           )<br>          )<br>Plaintiff,          )<br>          )<br>v.          )<br>          )<br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,          )<br>          )<br>Defendants.          ) | Civil Action No. 05-11853-PBS |

## DEFENDANT THOMAS A. MOORE'S MOTION FOR LEAVE TO POSTPONE ORAL ARGUMENT

Defendant Thomas A. Moore ("Mr. Moore") hereby requests that the Court postpone the oral argument that is currently scheduled for July 26, 2006, on Defendants' pending summary judgment motion, to be re-set to coincide with oral argument on the summary judgment motion that Mr. Moore intends to file at the conclusion of discovery. Mr. Moore submits that this postponement will serve: (1) judicial economy, by combining two oral arguments into one; and (2) the convenience of the parties, given that certain Defendants are awaiting Plaintiff's approval of a settlement in principle and, accordingly, are not actively participating in this litigation at this time.

The undersigned counsel for Mr. Moore have conferred with opposing counsel and with counsel for the other Defendants, all of whom have indicated their consent to this Motion.

## CERTIFICATION

Pursuant to Local Rules 7.1(a)(2) and 37.1, the undersigned counsel certify that they have conferred on behalf of Mr. Moore with opposing counsel and with counsel for the other Defendants, all of whom have indicated their consent to this Motion.

Respectfully submitted,

/s/ Jeffrey S. Huang
Edward P. Leibensperger (BBO# 292620)
Jeffrey S. Huang (BBO # 651854)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Bobby R. Burchfield (admitted *pro hac vice*)
Jason A. Levine (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, NW
Washington, D.C. 20005-3096
(202) 756-8000

Dated: July 14, 2006

*Attorneys for Defendant Thomas A. Moore*