UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11853-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Defendant Thomas A. Moore hereby notifies the Court that the United States Food and Drug Administration has filed the accompanying Motion to Extend Time to Respond to Mr. Moore's Motion to Compel Compliance with Federal Subpoenas in the U.S. District Court for the District of Columbia.

Respectfully submitted,

Date: August 24, 2006
Boston Massachusetts

/s/ Jeffrey S. Huang
Edward P. Leibensperger (BBO #292620)
Bobby R. Burchfield (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
Jeffrey S. Huang (BBO# 651854)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000 phone
(617) 535-3800 facsimile

*Counsel for Defendant Thomas A. Moore*

ORIGINAL
RECEIVED
U.S. DISTRICT COURT
OF COLUMBIA
2006 AUG 21 AM 6: 02
NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE )
COMMISSION, )
)
    Plaintiff, )
)
v. ) MISC. No.06-00380(JR)
)
BIOPURE CORPORATION, THOMAS )
MOORE, HOWARD RICHMAN, and )
JANE KOBER, )
)
    Defendants. )
_____)

## NON-PARTY UNITED STATES FOOD AND DRUG ADMINISTRATION'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT THOMAS MOORE'S MOTION TO COMPEL RESPONSES TO SUBPOENAS

Thomas Moore, defendant in the above-captioned case, i.e., Securities and Exchange Commission v. Biopure, et al., No. 05-11853-PBS (D.D.C. Mass.), has moved this Court to order compliance with subpoenas he has issued to the U.S. Food and Drug Administration ("FDA") in the District of Columbia. Defendant Moore has also requested an expedited oral hearing on this matter should the Court not be inclined to grant the motion on the basis of the parties' written submissions alone. Moore's motion was filed on August 10, 2006, the day after undersigned counsel primarily assigned to the case started a week's vacation. As the motion was hand delivered, FDA's response is due on August 21, 2006. For this reason and the reasons set forth below, the FDA moves for an extension of time to respond to Defendant Moore's motion to compel, to and including September 18, 2006. Undersigned counsel for FDA has discussed this motion with Defendant Moore's counsel, who stated that Defendant Moore opposes the requested relief.

RECEIVED
AUG 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Although Defendant Moore suggests that the FDA has willfully ignored his March 24, 2006, subpoenas, he has left out of his motion some salient facts.

First, similar subpoenas in the underlying case had been quashed by Magistrate Judge Kay earlier this year (SEC v. Biopure, Misc. No. 05-0506), and it was not clear until the D.C. Circuit's ruling in Yousuf v. Samantar, 451 F.3d 248 (D.C. Cir. June 16, 2006), that the FDA had to respond to such subpoenas. When it became clear, the FDA, by transmittal of June 28, 2006, provided documents as a result of an agreement to narrow the subpoena requests in the underlying case. See generally, Transcript of proceedings at Exhibit 11 filed with Defendant Moore's Motion to Compel.

Secondly, in July of this year, counsel for Defendant Moore and undersigned counsel, together with a representative of FDA, conferred concerning the additional documents that were not produced in response to the narrowed request and on the status of the requested depositions of FDA officials. Since the initial contacts with counsel for Mr. Moore, the FDA and undersigned counsel primarily assigned to the case, have attempted to respond to every inquiry in good faith. Indeed, the day before the filing of the instant motion to compel, counsel conferred and a plan for release of the additional documents was discussed. That plan has resulted in the release of documents to the SEC, and then Biopure, for review pursuant to the agreement in the underlying case on Friday, August 18, 2006. It is also anticipated that the remaining documents, for which the search has not been completed, will be available on or about September 15, 2006.[1]

---

[1] Should the Court determine that additional information concerning these previously excluded documents is necessary before a decision on this matter may be made, the FDA will provide a sworn declaration explaining the circumstances of the search and the expected timetable for release.

2

In addition, authorization to depose the subpoenaed employees has been transmitted, under separate cover, to Mr. Moore's counsel. Accordingly, Defendant Moore is in a position to take the depositions of the FDA employees as soon as it is able make appropriate arrangements.

In sum, the FDA expects that with the actions listed above, there should be no need to litigate this matter further. As this determination cannot be made until after the anticipated transmittal of September 15, 2006, it is respectfully requested that the FDA have to and including September 18, 2006, to respond to Defendant's Moore's motion to compel. A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058 /dwh
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122 /dwh
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

I certify that the accompanying motion to extend time to respond to defendant Moore's motion to compel was served upon the following by mail, addressed to:

Steven J. Crimmins, Esq.
John J. Dempsey, Esq.
Bingham McCutchen LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036

Robert A. Buhlman, Esq.
Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston MA 02110

Boby Roy Burchfied
McDermott Will & Emery LLP
600 13th St., N.W.
Washington, D.C. 2005

Edward P. Leibensperger, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Ian D. Roffman, Esq.
United States Securities and Exchange Commission
Boston District Office
73 Tremont Street, 6th Floor
Boston, MA 02108

4

on this 21st day of August, 2006.

*[signature]*
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7137

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) MISC. No.06-00380(JR)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the Federal Drug Administration's motion to extend the time to file a response to Defendant Moore's motion to compel responses to subpoenas, the opposition and reply thereto, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. The Federal Drug Administration has to and including September 18, 2005, to respond to Defendant Moore's motion to compel.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530

Steven J. Crimmins, Esq.
John J. Dempsey, Esq.
Bingham McCutchen LLP
1120 20th Street, NW
Suite 800
Washington, DC 20036

Robert A. Buhlman, Esq.
Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston MA 02110

Boby Roy Burchfied
McDermott Will & Emery LLP
600 13th St., N.W.
Washington, D.C. 2005

Edward P. Leibensperger, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

Ian D. Roffman, Esq.
United States Securities and Exchange Commission
Boston District Office
73 Tremont Street, 6th Floor
Boston, MA 02108