UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civ. A. No. 05-11853-PBS |
| v. | : |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL OF THE
FIRST AND SECOND CLAIMS AGAINST DEFENDANT JANE KOBER ONLY**

Conditioned upon, and simultaneous to, entry of the proposed Final Judgment as to Defendant Jane Kober, Plaintiff Securities and Exchange Commission ("Commission") hereby stipulates to dismissal with prejudice of the First and Second Claims of the Complaint as to Defendant Jane Kober only. This stipulation shall have no effect on any other Claim of the Complaint or on any other defendant.

Dated: August 29, 2006
     Boston, Massachusetts          Respectfully submitted,

                                                      /s/ Ian D. Roffman
                                                   Ian D. Roffman (BBO #637564)
                                                   R. Daniel O'Connor (BBO# 634207)
                                                   Ellen Bober Moynihan (BBO# 567598)
                                                   33 Arch Street
                                                   Boston, Massachusetts 02110-1424
                                                   (617) 573-8900, ext. 8987 (Roffman)

                                                   Counsel for Plaintiff
                                                   Securities and Exchange Commission