UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 05-11853-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR HEARING ON MOTION OF SECURITIES
AND EXCHANGE COMMISSION TO SET A SCHEDULE FOR DISCLOSURE
OF A REBUTTAL EXPERT REPORT**

Defendant, Thomas A. Moore, pursuant to Local Rule 7.1(D), requests oral argument on the Securities and Exchange Commission's Motion to Set a Schedule for Disclosure of Rebuttal Expert Report, If Any.  The Securities and Exchange Commission's Reply Brief was filed yesterday, September 25, 2006, completing the briefing.  Defendant Moore believes that oral argument will assist the Court in resolving the motion.

Respectfully submitted,

s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO #292620)
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109-1775
(617) 535-4000

Bobby R. Burchfield
Jason A. Levine
McDermott Will & Emery LLP
600 Thirteenth Street, NW
Washington, D.C.  20005-3096
(202) 756-8000

*Counsel for Defendant Thomas A. Moore*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Request For Hearing On Motion Of Securities And Exchange Commission To Set A Schedule For Disclosure Of A Rebuttal Expert Report has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 26th day of September, 2006.

                                                      By:    <u>s/ Edward P. Leibensperger</u>
                                                                Edward P. Leibensperger

BST99 1517626-1.075040.0011