UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civ. A No. 05-11853-PBS |
| v. | : |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER | : |
| Defendants. | : |

**SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO
DEFENDANT MOORE'S REQUEST FOR A HEARING**

Plaintiff Securities and Exchange Commission ("Commission") respectfully states that it does not object to participating in a hearing on its Motion to Set a Schedule for Disclosure of a Rebuttal Expert, If Any.

Dated: September 30, 2006
Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman
Ian D. Roffman (BBO #637564)
R. Daniel O'Connor (BBO# 634207)
Ellen Bober Moynihan (BBO# 567598)
33 Arch Street
Boston, Massachusetts 02110-1424
(617) 573-8987 (Roffman)
Counsel for Plaintiff
Securities and Exchange Commission

*Served Electronically by ECF*