UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | Civ. A No. 05-11853-PBS |
| v. : | |
| : | |
| BIOPURE CORPORATION, : | |
| THOMAS MOORE, HOWARD RICHMAN, : | |
| and JANE KOBER : | |
| : | |
| Defendants. : | |

**SECURITIES AND EXCHANGE COMMISSION'S MOTION TO COMPEL
DEFENDANT MOORE'S EXPERT WITNESS TO COMPLY WITH SUBPOENA
AND FOR EXPEDITED CONSIDERATION**

Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Rules 26, 37 and 45 of the Federal Rules of Civil Procedure, respectfully requests that this Court order defendant Moore's expert witness, Peter Barton Hutt, immediately to produce all documents responsive to Request Nos. 3 and 4 of the subpoena to him dated October 10, 2006.

The Commission also respectfully requests that this Court consider its Motion on an expedited basis before Friday, October 20, 2006, when Mr. Hutt is scheduled to be deposed. Mr. Hutt's deposition is scheduled for Friday, October 20, 2006 because Commission counsel has been told that is the only date prior to the close of discovery that he is available. Alternatively, the Commission respectfully requests that it be permitted an opportunity to further depose Mr. Hutt after production of all responsive documents.

In support of its Motion, the Commission respectfully submits the accompanying memorandum of law.

WHEREFORE, the Commission respectfully requests that:

1. this Court order defendant Moore's expert witness, Peter Barton Hutt, to produce all documents responsive to Request Nos. 3 and 4 of the subpoena to him dated October 10, 2006 immediately.

2. in light of the schedule for Mr. Hutt's deposition, defendant Moore be required to submit any response to this Motion no later than Tuesday, October 17, 2006, and that this Court consider the Commission's Motion on an expedited basis.

3. alternatively, the Commission respectfully requests that it be permitted to further depose Mr. Hutt, if necessary, after production of all responsive documents.

Dated: October 16, 2006
Boston, Massachusetts                    Respectfully submitted,


 /s/ Ian D. Roffman
Ian D. Roffman (BBO #637564)
R. Daniel O'Connor (BBO# 634207)
Ellen Bober Moynihan (BBO# 567598)
33 Arch Street
Boston, Massachusetts 02110-1424
(617) 573-8987 (Roffman)
Counsel for Plaintiff
Securities and Exchange Commission

**Certification Pursuant to Local Rules 7.1 and 37.1**

I, Ian D. Roffman, certify that I conferred with counsel for defendant Moore by telephone concerning the subject matter of this motion in a good faith effort to resolve or narrow the issues.

Dated: October 16, 2006

 /s/ Ian D. Roffman
Ian D. Roffman

*Electronically Served by ECF*