UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE
COMMISSION,                                    :

                Plaintiff,     :   Civil Action
                                         No. 05-11853-PBS
       v.                                     :

BIOPURE CORPORATION, THOMAS      :
MOORE, HOWARD RICHMAN, and
JANE KOBER,                                    :

                Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JANE KOBER'S MOTION TO AMEND CAPTION

Jane Kober hereby moves this Court for an order removing her name from the caption in this action. As grounds for this motion, Ms. Kober states that on September 8, 2006, pursuant to the negotiated resolution of this action by Plaintiff Securities and Exchange Commission ("SEC") and Ms. Kober (see Docket Entry Nos. 99, 100, 113 & 114), this Court entered a Final Judgment As To Defendant Jane Kober (see Docket Entry No. 115), and terminated her as a party in this matter.

WHEREFORE, Ms. Kober respectfully requests that the Court grant this motion and remove her name from the caption.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for Ms. Kober has conferred with counsel for the SEC and that the SEC takes no position on the motion.

Dated: October 26, 2006                /s/ Justin J. Daniels
                                                      Justin J. Daniels

Dated: October 26, 2006  
       Boston, Massachusetts

Respectfully submitted,

/s/ Thomas J. Dougherty  
Thomas J. Dougherty (BBO #132300)  
Justin J. Daniels (BBO #656118)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800  
dougherty@skadden.com  
jdaniels@skadden.com

Counsel for Jane Kober

## CERTIFICATE OF SERVICE

I, Justin J. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2006.

Dated: October 26, 2006

/s/ Justin J. Daniels  
Justin J. Daniels