UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants, | Civil Action<br>No. 05-11853-PBS |

### DEFENDANT HOWARD RICHMAN'S MOTION FOR SHORT ORDER OF NOTICE IN SUPPORT OF HIS MOTION TO SEVER AND STAY LITIGATION AS TO HIM

Defendant, Howard Richman ("Dr. Richman"), requests that this Court issue a Short Order of Notice on its Motion to Sever and Stay Litigation as to Him, filed herewith, shortening the time in which the other parties must respond. As grounds for this Motion, Dr. Richman states that for the medical reasons set forth in the Memorandum of Law and the Affidavit of Cathy Fleming in Support of Dr. Richman's Motion to Sever and Stay Litigation as to Him, it is imperative that the Court set a briefing schedule and a hearing on this issue in an expedited manner.

Dated October 26, 2006
Boston, Massachusetts

Respectfully submitted,

Counsel for Defendant Howard Richman

/s/ Joey H. Lee

>John. D. Hughes (BBO #243660)
>Cathy A. Fleming (*pro hac vice*)
>Mary-Pat Cormier (BBO #635756)
>Joey H. Lee (BBO #663803)
>EDWARDS ANGELL PALMER &
>  DODGE LLP
>111 Huntington Avenue
>Boston, Massachusetts 02199
>(617) 239-0100

- 2 -