UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, | ) ) ) ) |
| Defendants, | ) ) |

Civil Action
No. 05-11853-PBS

**ORAL ARGUMENT
REQUESTED**

## DEFENDANT HOWARD RICHMAN'S MOTION TO SEVER AND STAY LITIGATION AS TO HIM

Pursuant to Federal Rules of Civil Procedure Rule 16(a), the Defendant Howard Richman ("Dr. Richman") respectfully submits this memorandum of law and seeks a hearing with the Court on Thursday, November 2, 2006, or as soon as practicable, for the purpose of severing the case against Dr. Richman and staying this litigation as to Dr. Richman. For the reasons stated in the accompanying Memorandum of Law and the affidavit of Dr. Richman's counsel and its exhibits, the Court should stay all litigation as to Dr. Richman because he is unable due to his grave medical condition to participate meaningfully in the defense of this action against him at this time. In the alternative, Dr. Richman requests that the Court stay this litigation in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants respectfully request a hearing on this motion.

## CERTIFICATION UNDER LOCAL RULES 7.1.(a)(2)

The undersigned counsel hereby certifies that she conferred with counsel for the SEC and Defendant, Thomas Moore, to narrow the issues on the Motion. Counsel to the SEC does not assent to the relief requested in this Motion. Counsel to Defendant Moore agrees to a severance of the case of Dr. Richman and a stay of litigation as to Dr. Richman. Defendant Moore does not assent to the alternative form of relief requested, which would stay the litigation as to him.

Dated October 26, 2006
Boston, Massachusetts

Respectfully submitted,

Counsel for Defendant Howard Richman

/s/ Joey H. Lee
John. D. Hughes (BBO #243660)
Cathy A. Fleming (*pro hac vice*)
Mary-Pat Cormier (BBO #635756)
Joey H. Lee (BBO #663803)
EDWARDS ANGELL PALMER &
    DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100