UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11853-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT THOMAS MOORE'S RESPONSE TO OPPOSITION OF SECURITIES AND EXCHANGE COMMISSION TO DEFENDANT HOWARD RICHMAN'S MOTION TO SEVER AND STAY LITIGATION

Defendant Thomas Moore respectfully requests that the Court adhere to the Scheduling Order in place since March 2006, setting trial for January 2007.

As noted in the Affidavit of Dr. Richman's counsel, "[s]ince June 2006, it has been increasingly difficult to communicate effectively with Dr. Richman," whose attention and energy has been directed at his illness and treatment. The unfortunate conclusion from the information submitted by Dr. Richman's counsel is that because of Dr. Richman's grave medical condition he will not be available for trial in the foreseeable future.

In light of these circumstances, the SEC's request for a "short continuance of the trial" is both illogical and unfair to Mr. Moore. There is no reason to believe that a "short continuance" will make any difference as to the availability of Dr. Richman. More importantly, even a "short continuance" exacerbates the heavy burden on Mr. Moore who has borne the opprobrium of the SEC's charges for nearly 3 years since the SEC's Wells notice. Mr. Moore has diligently worked to complete discovery by the scheduled date and to facilitate the completion of this case by trial, if necessary, on January 15, 2007. The SEC, on the other hand, has consistently

suggested that the schedule be extended, if possible. The SEC's current position regarding Dr. Richman's motion should be seen as a plain attempt to obtain a trial continuance for its case against Mr. Moore. Delay in the resolution of this matter is intolerable and unfair to Mr. Moore.

Accordingly, Mr. Moore respectfully urges the Court not to postpone the established dates for the Final Pre-Trial Conference and Trial. Mr. Moore does not object to the motion of defendant Howard Richman to sever and stay litigation as to him.

Date:   November 2, 2006
        Boston, Massachusetts

Respectfully submitted,

/s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO #292620)
Bobby R. Burchfield (*pro hac vice*)
Jason A. Levine (*pro hac vice*)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109
(617) 535-4000 phone
(617) 535-3800 facsimile

*Attorneys for Defendant Thomas A. Moore*

BST99 1521650-1 075040 0011