UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :
                         Plaintiff, :   Civ. A. No. 05-11853-PBS
            v.                      :
                                    :
BIOPURE CORPORATION,                :
THOMAS MOORE, and                   :
HOWARD RICHMAN                      :
                                    :
                        Defendants. :
_____:

**SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY
MOTION FOR A CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR IN THE ALTERNATIVE, REQUEST FOR A STATUS CONFERENCE**

Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Rules 1 and 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, respectfully requests that Defendant Thomas Moore's Motion for Summary Judgment, dated November 30, 2006, be continued and that the Commission not be required to file a response. In the alternative, the Commission respectfully requests that this Court hold a status conference for the purpose of setting a reasonable briefing schedule on defendant's Motion and re-scheduling the commencement of trial. In support of its Motion, the Commission has submitted a memorandum of law herewith.

Because, in the absence of relief, the Commission's response to defendant's Motion for Summary Judgment would be due on December 14, 2006, the Commission respectfully requests expedited consideration of this Motion.

WHEREFORE, the Commission respectfully requests that defendant's Motion for

Summary Judgment be continued and the Commission not be required to submit a response. In the alternative, the Commission requests that this Court schedule a status hearing for the purpose of addressing a schedule for briefing defendant's Motion and for trial.

Dated: December 2, 2006
      Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman
Ian D. Roffman (BBO #637564)
R. Daniel O'Connor (BBO# 634207)
Ellen Bober Moynihan (BBO# 567598)
33 Arch Street
Boston, Massachusetts 02110-1424
(617) 573-8987 (Roffman)
Counsel for Plaintiff
Securities and Exchange Commission

## Certification Pursuant to Local Rules 7.1

I, Ian D. Roffman, certify that I attempted to confer with counsel for defendant Moore by telephone concerning the subject matter of this motion. Because of the expedited nature of this request, this motion was filed after two unsuccessful attempts to reach counsel.

Dated: December 2, 2006

/s/ Ian D. Roffman
Ian D. Roffman

*Electronically Served by ECF*

2