FILED
**UNITED STATES DISTRICT COURTERKS OFFICE**
**FOR THE DISTRICT OF MASSACHUSETTS**

2006 NOV 30  A 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-11853-PBS ) ) |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

## DEFENDANT THOMAS A. MOORE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), defendant Thomas A. Moore moves

for summary judgment as to all Counts asserted against him in the Complaint filed by the

Securities and Exchange Commission ("SEC") in this matter. As explained in greater detail in

the accompanying Memorandum of Law, the SEC's causes of action all turn on the contention

that Mr. Moore violated the securities laws through public statements and "omissions" about the

regulatory review process for a "blood substitute" product known as Hemopure®. The

undisputed facts demonstrate, however, that the challenged subjects were not material and that

Mr. Moore lacked the requisite wrongful intent. Because materiality and wrongful intent are

necessary elements of the SEC's causes of action, these causes of action fail as a matter of law.

For these reasons, and as explained in greater detail in the accompanying Memorandum of Law,

the entry of summary judgment in Mr. Moore's favor on all Counts asserted against him in the

SEC's Complaint is appropriate.[1]

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned hereby certify that they have conferred on

behalf of Mr. Moore with opposing counsel in an attempt to resolve and narrow the issues in the

foregoing Motion.

## ORAL ARGUMENT REQUEST

Mr. Moore requests oral argument on this Motion for Summary Judgment, which he

submits will assist the Court in the resolution of the issues presented.

Respectfully submitted,

/s/ Bobby R. Burchfield
Edward P. Leibensperger (BBO# 292620)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
617.535.4000 phone
617.535.3800 facsimile

Bobby R. Burchfield
Jason A. Levine
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756-8000 phone
202.756-8087 facsimile

Date:   November 30, 2006          *Counsel for Defendant Thomas A. Moore*

---

[1]    This Motion is supported further by the accompanying Local Rule 56.1 Statement of Undisputed Material Facts and various Exhibits thereto.