FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 NOV 30  A 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No. 05-11853-PBS ) |
| BIOPURE CORPORATION, THOMAS MOORE, HOWARD RICHMAN, and JANE KOBER, | ) ) ) ) |
| Defendants. | ) ) ) ) |

**DEFENDANT THOMAS A. MOORE'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Thomas A. Moore moves for leave to file under seal the accompanying: (1) Memorandum of Law in support of his Motion for Summary Judgment; (2) Local Rule 56.1 Statement of Undisputed Material Facts; and (3) Appendix of Exhibits in support of his Motion for Summary Judgment. Mr. Moore submits this motion pursuant to the Stipulation and Confidentiality Agreement -- made among himself, Biopure Corporation, and Howard Richman -- that his counsel executed on June 6, 2006.

Biopure has designated as "Confidential" certain (although not all) of the evidentiary materials and deposition transcripts upon which Mr. Moore relies in his Motion for Summary Judgment, thus triggering the provisions of the Stipulation and Confidentiality Agreement. Accordingly, Mr. Moore requests leave to file the aforementioned materials under seal, and has designated them as "FILED UNDER SEAL." Mr. Moore recognizes that certain of the evidentiary materials at issue are in the public domain, but in the interest of efficiency and

- 2 -

judicial economy, and in the absence of any prejudice to the Securities and Exchange Commission ("SEC"), he requests leave to file them under seal in their entirety.

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned hereby certify that they have conferred on behalf of Mr. Moore with opposing counsel in an attempt to resolve and narrow the issues in the foregoing Motion. Opposing counsel do not consent to the Motion.

Respectfully submitted,

/s/ Bobby R. Burchfield
Edward P. Leibensperger (BBO# 292620)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
617.535.4000 phone
617.535.3800 facsimile

Bobby R. Burchfield
Jason A. Levine
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756-8000 phone
202.756-8087 facsimile

Date:   November 30, 2006

*Counsel for Defendant Thomas A. Moore*