UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br>  : <br> Plaintiff, : <br> v. : <br>  : <br> BIOPURE CORPORATION, : <br> THOMAS MOORE, HOWARD RICHMAN, : <br> and JANE KOBER : <br>  : <br> Defendants. : | Civ. A No. 05-11853-PBS |

**JOINT MOTION FOR A 60-DAY CONTINUANCE OF TRIAL AND ALL DEADLINES PENDING COMMISSION APPROVAL OF SETTLEMENT TERMS**

Plaintiff Securities and Exchange Commission ("Commission") and defendant Thomas Moore jointly respectfully request a 60-day continuance of the trial, all motion and pre-trial deadlines, and hearings pending review and approval of terms of settlement by the Commission. In support of its motion, the Commission states as follows:

1.	This is a civil enforcement action brought by the Commission.

2.	Trial for this matter is currently scheduled to begin on January 16, 2007. The final pretrial conference is scheduled for January 4, 2007. Several motions are currently pending before this Court.

3.	Counsel for the Commission and defendant Moore have reached an agreement in principle to settle this matter as to defendant Moore.

4.	Under Commission practice, Commission counsel is not authorized to present a proposed final judgment to the Court until the Commissioners formally approve the settlement. Given the high volume of Commission business at this time, the approval process within the

Commission is likely to take two months.

5. Accordingly, the parties request that all deadlines and hearings, including trial, pre-trial hearings, motion deadlines and deadlines for the exchange and filing of pre-trial disclosures and memoranda, be continued for 60 days. Counsel represents to this court that they will endeavor in good faith to finalize settlement papers and that the Commission will present the proposed settlement to the Commissioners as soon as practicable under Commission practice and procedures.

WHEREFORE, the parties jointly respectfully requests that this Court continue all deadlines and hearings for 60 days.

Dated: December 11, 2006  
       Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman  
Ian D. Roffman (BBO #637564)  
R. Daniel O'Connor (BBO# 634207)  
Ellen Bober Moynihan (BBO# 567598)  
33 Arch Street  
Boston, Massachusetts 02110-1424  
(617) 573-8987 (Roffman)  
Counsel for Plaintiff  
Securities and Exchange Commission

/s/ Bobby R. Burchfield  
Edward P. Leibensperger (BBO# 292620)  
Jeffrey S. Huang (BBO# 651854)  
MCDERMOTT, WILL & EMERY LLP  
28 State Street  
Boston, MA 02109-1775  
(617) 535-4046

Bobby R. Burchfield  
Jason A. Levine  
MCDERMOTT WILL & EMERY LLP  
Washington D.C. 20005-3096  
(202) 756 - 8000

Counsel for Defendant Thomas Moore

*Served Electronically by ECF*