UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>BIOPURE CORPORATION, THOMAS   )<br>MOORE, HOWARD RICHMAN, and JANE   )<br>KOBER,   )<br>)<br>Defendants,   ) | Civil Action<br>No. 05-11853-PBS |

### DEFENDANT HOWARD RICHMAN'S ASSENTED-TO MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL DATE

For the reasons stated in the accompanying memorandum of law, the Defendant Howard Richman ("Dr. Richman") respectfully submits this motion, requesting that the court continue for two months, or such time as is convenient for the Court: (1) the pre-trial conference scheduled in this matter for March 5, 2007; and (2) the trial date scheduled in this matter for March 19, 2007.

Dr. Richman respectfully requests that the Court continue the pre-trial conference scheduled for March 5, 2007 and the trial date of March 19, 2007, respectively, because the parties are engaged in good faith in advanced settlement negotiations, and because Dr. Richman remains unable, due to his grave medical condition, to participate meaningfully in the defense of this action against him at this time.

In the alternative, Dr. Richman requests that the Court: (1) schedule a status conference for this matter for March 5, 2007 at 4:00 PM; and (2) continue the trial date for two months or such time as is convenient for the Court.

## CERTIFICATION UNDER LOCAL RULES 7.1.(a)(2)

The undersigned counsel hereby certifies that she conferred with counsel for the SEC to narrow the issues on the Motion. Counsel to the SEC assents to the relief requested in this Motion.

Dated March 1, 2007
Boston, Massachusetts

                                      Respectfully submitted,

                                      Counsel for Defendant Howard Richman

                                      /s/ Joey H. Lee
                                      John D. Hughes (BBO #243660)
                                      Cathy A. Fleming (*pro hac vice*)
                                      Mary Patricia Cormier (BBO #635756)
                                      Joey H. Lee (BBO #663803)
                                      EDWARDS ANGELL PALMER &
                                          DODGE LLP
                                      111 Huntington Avenue
                                      Boston, Massachusetts 02199
                                      (617) 239-0100