UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 MAR 19 P 3:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

SECURITIES & EXCHANGE
COMMISSION,

    Plaintiff,

v.

HOWARD RICHMAN,
    Defendant.

CIVIL ACTION NO. 05-11853-PBS

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Cathy Fleming, formerly of Edwards Angell Palmer & Dodge, LLP, as counsel for Defendant, Howard Richman in the above-referenced proceeding. John D. Hughes, John J. Tumilty and Mary Patricia Cormier of Edwards Angell Palmer & Dodge, LLP, will continue to represent Defendant, Howard Richman in this action.

Respectfully Submitted,

_____
Cathy Fleming
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
(212) 940-3000
(866) 403-7673 (fax)
cafleming@nixonpeabody.com

Dated: March 5, 2007