UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            :
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
              Plaintiff,                    :   Civ. A No. 05-11853-PBS
        v.                                  :
                                            :
BIOPURE CORPORATION,                        :
THOMAS MOORE, HOWARD RICHMAN,               :
                                            :
              Defendants.                   :
_____ :

## ASSENTED-TO MOTION FOR A 60-DAY CONTINUANCE

Plaintiff Securities and Exchange Commission ("Commission") respectfully request a 60-day continuance of trial and pre-trial deadlines and hearings.

In support of its motion, the Commission states as follows:

1. This is a civil enforcement action brought by the Commission. Defendant Howard Richman is the only remaining defendant in this action.

2. Trial in this matter is currently scheduled to begin on May 21, 2007. The final pretrial conference is scheduled for May 9, 2007.

3. On October 26, 2006, defendant Richman sought a stay of this litigation as to him due to health concerns. On November 2, 2996, this Court granted in part defendant Richman's motion in open court.

4. In recent weeks, counsel for the Commission and for defendant Richman have been engaged in discussions about resolving this matter by settlement. Those discussions are ongoing.

5. On May 14, 2007, lead counsel for the Commission is currently scheduled

commence a trial in another matter before Judge Harrington, *SEC v. Scott*, No. 02-12082-EFH (D. Mass.). That trial is expected to last two to three weeks, and will therefore conflict with a trial in this matter under the current schedule.

6. In light of defendant Richman's previous request for a stay, the parties' ongoing settlement discussions, and Commission counsel's trial conflict, the Commission respectfully requests a 60-day continuance of trial, the final pretrial conference and all other pre-trial deadlines and hearings.

7. Counsel for defendant Richman assents to the relief sought by this motion.

WHEREFORE, the Commission respectfully requests that this Court continue trial, the final pretrial conference and all other pre-trial deadlines and hearings for 60 days.

Dated: April 26, 2007  
       Boston, Massachusetts

Respectfully submitted,

/s/ Ian D. Roffman  
Ian D. Roffman (BBO #637564)  
R. Daniel O'Connor (BBO# 634207)  
Ellen Bober Moynihan (BBO# 567598)  
33 Arch Street  
Boston, Massachusetts 02110-1424  
(617) 573-8987 (Roffman)  
Counsel for Plaintiff  
Securities and Exchange Commission

**Certification Pursuant to Local Rule 7.1**

I, Ian D. Roffman, certify that I conferred with counsel for defendant Richman, who stated that she assents to the relief sought in this motion.

Dated: April 26, 2007

/s/ Ian D. Roffman  
Ian D. Roffman

*Served Electronically by ECF*