UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOWARD RICHMAN, )<br>)<br>Defendants, )<br>) | Civil Action<br>No. 05-11853-PBS |

**ASSENTED-TO MOTION TO CONTINUE
THE PRE-TRIAL CONFERENCE AND TRIAL DATE**

For the reasons stated in the accompanying memorandum of law and supporting Affidavit of Dr. Radwan Al-Sabbagh, M.D., P.A.,[1] the Defendant, Howard Richman ("Dr. Richman") respectfully submits this motion, requesting that the court continue for six months, or until such time as is convenient for the Court: (1) the pre-trial conference scheduled in this matter for July 17, 2007; and (2) the trial date scheduled in this matter for July 23, 2007, because the parties are engaged in good faith in advanced settlement negotiations, and because Dr. Richman remains unable, due to his grave medical condition, to participate meaningfully in the defense of this action against him at this time. In addition, counsel to the parties request that this Court schedule a status conference in this matter for July 31 or August 1, 2007, or at such other time as is convenient for the Court.

---

[1] The Defendants are filing concurrently herewith a Motion to File Under Seal the Affidavit of Dr. Radwan Al-Sabbagh.

- 2 -

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned counsel hereby certify that they have conferred with counsel to the SEC to narrow the issues on the Motion. Opposing counsel has assented to the relief requested in the Motion.

Dated July 5, 2007
Boston, Massachusetts

        Respectfully submitted,

        Counsel for Defendant Howard Richman

        /s/ Joey H. Lee
        John D. Hughes (BBO #243660)
        Mary Patricia Cormier (BBO #635756)
        Joey H. Lee (BBO #663803)
        EDWARDS ANGELL PALMER &
           DODGE LLP
        111 Huntington Avenue
        Boston, Massachusetts 02199
        (617) 239-0100