UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HOWARD RICHMAN,  )<br>  )<br>Defendant,  )<br>  ) | Civil Action<br>No. 05-11853-PBS |

## MEMORANDUM OF LAW IN SUPPORT OF ASSENTED-TO MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL DATE

For the reasons stated herein and in the accompanying Affidavit of Dr. Radwan Al-Sabbagh (the "Affidavit"),[1] the Defendant, Howard Richman ("Dr. Richman"), respectfully requests that this Court continue for six months, or until such time as is convenient for the Court: (1) the status conference scheduled in this matter for July 17, 2007; and (2) the trial date scheduled in this matter for July 23, 2007, because the Parties are engaged in good faith in advanced settlement negotiations, and because Dr. Richman remains unable, due to his grave medical condition, to participate meaningfully in the defense of this action against him at this time. In addition, counsel to the parties request that this Court schedule a status conference in this matter for July 31 or August 1, 2007, or at such other time as is convenient for the Court.

Upon Motion from Dr. Richman, this Court issued an Order, dated November 2, 2006, which stayed this action as to Dr. Richman. At that time, Dr. Richman's grave medical condition prevented him from participating fully and meaningfully in the defense of this action.

---

[1] The Defendants are filing concurrently herewith a Motion to File Under Seal the Affidavit of Dr. Radwan Al-Sabbagh.

As set forth in the Affidavit, despite aggressive treatments and surgeries, Dr. Richman's medical condition has not improved since November 2, 2006. *See* Affidavit ¶ 4 *et seq*. Moreover, Dr. Al-Sabbagh cannot at this time predict how long Dr. Richman's treatments will continue. *Id.* ¶9. Dr. Al-Sabbagh also states that at this time it is not advisable for Dr. Richman to be exposed to the stress of trying to deal with a lawsuit, because of the effect that would have on his treatments and prognosis. *Id.* ¶¶ 12-13. Notwithstanding this, the SEC and Dr. Richman have continued to discuss a resolution of this matter as to him. Naturally, Dr. Richman's attention is focused on dealing with his diagnosis and treatment and trying in good faith to reach a settlement with the SEC.

The First Circuit has repeatedly recognized the inherent power of every court to manage and control the disposition of cases on its docket in furtherance of "the enhancement of the court's processes." *In re Atlantic Pipe Corp.*, 304 F.3d at 143. Such power is essential to what one court has called the court's fundamental role as "a guarantor of fairness." *Weinberger v. Great Northern Nekoosa Corp.*, 925 F.2d 518, 525 (1st Cir. 1991).

In light of Dr. Richman's grave medical condition and the ongoing settlement discussions between the parties, it would be in the interests of fairness and justice to continue the pre-trial conference and the trial date scheduled for this matter. Dr. Richman's limited time and attention should be spent focused on trying to settle this matter, rather than on the trial of the matter.

Accordingly, Dr. Richman respectfully requests that the court continue the pre-trial proceedings and trial for six months or until such time as is convenient for the court so that the parties may continue in good faith to negotiate a resolution of the claims against Dr. Richman. In addition, counsel to the parties request that this Court schedule a status conference in this matter for July 31 or August 1, 2007, or at such other time as is convenient for the Court.

## CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned hereby certify that they have conferred with opposing counsel, on behalf of Dr. Richman, to narrow the issues on the Motion. Opposing counsel has assented to the relief requested in the Motion.

Dated July 5, 2007
Boston, Massachusetts

        Respectfully submitted,

        Counsel for Defendant Howard Richman

        /s/ Joey H. Lee
        John. D. Hughes (BBO #243660)
        Mary Patricia Cormier (BBO #635756)
        Joey H. Lee (BBO #663803)
        EDWARDS ANGELL PALMER &
           DODGE LLP
        111 Huntington Avenue
        Boston, Massachusetts 02199
        (617) 239-0100

# AFFIDAVIT OF
# DR. RADWAN AL-SABBAGH, M.D., P.A.,
# TO BE FILED UNDER SEAL