UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOPURE CORPORATION, THOMAS )<br>MOORE, HOWARD RICHMAN, and JANE )<br>KOBER, )<br>)<br>Defendants. ) | Civil Action<br>No. 05-11853-PBS |

### DEFENDANT HOWARD RICHMAN'S
### ASSENTED-TO MOTION TO FILE UNDER SEAL

Defendant Howard Richman ("Dr. Richman") hereby moves for leave to file under seal the Affidavit of Radwan Al-Sabbagh, M.D., P.A. (the "Affidavit") in support of Dr. Richman's Assented-To Motion to Continue the Pre-Trial Conference and Trial Date, filed concurrently herewith.

The Affidavit contains extremely personal and private information concerning Dr. Richman's current medical condition and treatment, as well as sensitive details regarding Dr. Richman's medical history. Dr. Richman seeks to prevent such information from entering the public domain, and therefore, respectfully requests that the Affidavit be filed under seal.

Moreover, because the Affidavit contains individually identifiable information concerning Dr. Richman's past, present, and future physical health and condition, and the provision of health care to Dr. Richman – information that can be directly linked to Dr. Richman's identity – it, therefore, constitutes confidential protected health information under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 201, *et seq.*, and the regulations promulgated thereunder. *See, e.g.*, Part II, 45 CFR 164.501.

In light of the foregoing, Dr. Richman respectfully requests that the Court grant his motion to file the Affidavit under seal.

## **CERTIFICATION**

Pursuant to Local Rule 7.1, the undersigned hereby certify that they have conferred with opposing counsel, on behalf of Dr. Richman, to narrow the issues on the Motion. Opposing counsel has assented to the relief requested in the Motion.

Dated July 5, 2007
Boston, Massachusetts

        Respectfully submitted,

        /s/ Joey H. Lee
        John. D. Hughes (BBO #243660)
        Mary Patricia Cormier (BBO #635756)
        Joey H. Lee (BBO #663803)
        EDWARDS ANGELL PALMER &
           DODGE LLP
        111 Huntington Avenue
        Boston, Massachusetts 02199
        (617) 239-0100

        Counsel for Defendant Howard Richman

# AFFIDAVIT OF
# DR. RADWAN AL-SABBAGH, M.D., P.A.,
# TO BE FILED UNDER SEAL