UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SECURITIES AND EXCHANGE COMMISSION, )
        Plaintiff,                    )
                                    )
v.                                  )    C.A. No. 05-11853-PBS
                                    )
                                    )
HOWARD RICHMAN,                     )
        Defendant.                    )
_____)

## ENTRY OF APPEARANCE

In connection with the above captioned action, please enter my appearance as counsel for Howard Richman:

    Richard J. McCarthy (B.B.O. No. 328600)

    EDWARDS ANGELL PALMER & DODGE, LLP
    111 Huntington Avenue
    Boston, MA 02199
    Tel.: (617) 239-0100
    Fax: (617) 227-4420

    By his attorneys

Dated: July 16, 2007

/s/ Richard J. McCarthy
John D. Hughes (B.B.O. No. 243660)
Richard J. McCarthy (B.B.O. No. 328600)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS ANGELL PALMER &
DODGE, LLP
111 Huntington Avenue
Boston, MA 02199
Tel.: (617) 239-0100
Fax: (617) 227-4420