UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD RICHMAN, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action ) No. 05-11853-PBS ) ) ) ) ) ) |

[PROPOSED] ORDER

The Motion to Stay Entry of Final Judgment as to Defendant Howard Richman ("Dr. Richman") is hereby ***ALLOWED***. Accordingly, this action is stayed pending Commission approval of the settlement. Upon Commission approval of the settlement, entry of final judgment as to Dr. Richman is stayed until on or about July 17, 2008. This Order is without prejudice to the right of any party to reopen this action and request a trial date if final settlement is not consummated for any reason.

Date: 7/17/07

Hon. Patti B. Saris
United States District Judge