UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | Civ. A. No. 05-11853-PBS |
| : | |
| v. : | |
| : | |
| HOWARD RICHMAN : | |
| : | |
| Defendant. : | |

**WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Ian D. Roffman hereby withdraws his appearance on behalf of Plaintiff Securities and Exchange Commission. R. Daniel O'Connor and Ellen Bober Moynihan will continue to appear on behalf of the Commission.

Respectfully submitted,

/s/ Ian D. Roffman
Ian D. Roffman (BBO No. 637564)
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, Suite 2300
Boston MA 02110
(617) 573-8987 (Roffman)
(617) 424-5940 (facsimile)

Dated: September 10, 2007

**Certificate of Service**

I hereby certify that on September 10, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Ian D. Roffman
Ian D. Roffman