UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SECURITIES AND EXCHANGE    )
COMMISSION,                )
    Plaintiff,            )
                           )
VS.                        )
                           )   Civil Action No. 05-11853-PBS
HOWARD RICHMAN,            )
    Defendant.            )
_____)

NOTICE OF APPEARANCE

    Please note the appearance of Laurie C. Carafone of Dwyer and Collora, LLP as counsel for the Defendant Howard Richman.

                Respectfully submitted,
                HOWARD RICHMAN
                By his attorney,

                /s/ Laurie C. Carafone
                _____
                Laurie C. Carafone  (BBO No. 656399)
                Dwyer & Collora, LLP
                600 Atlantic Avenue
                Boston, MA 02210
                (617) 371-1000
                lcarafone@dwyercollora.com

Dated:   September 20, 2007

CERTIFICATE OF SERVICE

    I, Laurie C. Carafone, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on September 20, 2007

                /s/Laurie C. Carafone

                Laurie C. Carafone