UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>HOWARD RICHMAN,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 05-11853-PBS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF MARY-PATRICIA CORMIER
AS COUNSEL TO DEFENDANT HOWARD RICHMAN**

Pursuant to Local Rule 83.5.2(c), Mary-Patricia Cormier hereby withdraws as counsel for Defendant Howard Richman. Dr. Richman has retained attorney Laurie C. Carafone of the law firm Dwyer & Collora LLP, 600 Atlantic Avenue, Boston, Massachusetts, 02210, to represent him in this action. There are no motions pending before the Court and no trial date has been set. Further, no oral or written reports are due, nor have any hearings or conferences been scheduled.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Mary-Patricia Cormier
　　　　　　　　　　　　　　　　　　　　Mary-Patricia Cormier (BBO #635756)
　　　　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER &
　　　　　　　　　　　　　　　　　　　　　　DODGE LLP
　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02199
　　　　　　　　　　　　　　　　　　　　(617) 239-0100

Dated: September 21, 2007