UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-11853-PBS |
| HOWARD RICHMAN, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF JOEY H. LEE
## AS COUNSEL TO DEFENDANT HOWARD RICHMAN

Pursuant to Local Rule 83.5.2(c), Joey H. Lee hereby withdraws as counsel for Defendant

Howard Richman. Dr. Richman has retained attorney Laurie C. Carafone of the law firm Dwyer

& Collora LLP, 600 Atlantic Avenue, Boston, Massachusetts, 02210, to represent him in this

action. There are no motions pending before the Court and no trial date has been set. Further, no

oral or written reports are due, nor have any hearings or conferences been scheduled.

Respectfully submitted,


/s/ Joey H. Lee_____
Joey H. Lee (BBO #663803)
EDWARDS ANGELL PALMER &
    DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100


Dated: September 21, 2007