UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br><br>VS.<br><br>HOWARD RICHMAN,<br>    Defendant | Civil Action No. 05-11853-PBS |

**DEFENDANT HOWARD RICHMAN'S *ASSENTED-TO* MOTION**
**TO RE-OPEN THE CASE AND SCHEDULE A STATUS CONFERENCE**

Defendant Howard Richman hereby moves that this court re-open the above-referenced case and set a date for a status conference.

As reason for this Motion, the Defendant states that changes in factual circumstances necessitate a conference with this Court.

Attorney Daniel O'Connor, of the Securities and Exchange Commission, assents to this motion.

Respectfully submitted,
HOWARD RICHMAN
By his attorney,

/s/ Laurie C. Carafone

Laurie C. Carafone  (BBO No. 656399)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
lcarafone@dwyercollora.com

Dated:   December 13, 2007

CERTIFICATE OF SERVICE

I, Laurie C. Carafone, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 13, 2007.

/s/Laurie C. Carafone

Laurie C. Carafone