UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　Plaintiff,<br><br>VS.<br><br>HOWARD RICHMAN,<br>　　　Defendant. | Civil Action No. 05-11853-PBS |

NOTICE OF APPEARANCE

　　Please note the appearance of Thomas E. Dwyer, Jr. of Dwyer and Collora, LLP as counsel for the Defendant Howard Richman.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　HOWARD RICHMAN
　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　/s/ Thomas E. Dwyer, Jr.
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Thomas E. Dwyer, Jr.  (BBO No. 139660)
　　　　　　　　　　　　　　　　Dwyer & Collora, LLP
　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　(617) 371-1000
　　　　　　　　　　　　　　　　tdwyer@dwyercollora.com

　　Dated:　December 13, 2007

CERTIFICATE OF SERVICE

　　I, Thomas E. Dwyer, Jr., hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 13, 2007

　　　　　　　　　　　　　　　　/s/Thomas E. Dwyer, Jr.

　　　　　　　　　　　　　　　　Thomas E. Dwyer, Jr.