UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　Plaintiff<br><br>VS.<br><br>HOWARD RICHMAN,<br>　　Defendant | Civil Action No. 05-11853-PBS |

### DEFENDANT HOWARD RICHMAN'S *ASSENTED-TO* MOTION TO CONTINUE STATUS CONFERENCE

　　Defendant Howard Richman hereby moves that this court continue the status conference scheduled for today, Thursday, December 20, 2007 at 10:30 a.m. until Friday morning, December 21, 2007.

　　Attorney Daniel O'Connor, of the Securities and Exchange Commission, assents to this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　HOWARD RICHMAN
　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　/s/ Laurie C. Carafone
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Laurie C. Carafone  (BBO No. 656399)
　　　　　　　　　　　　　　　　　　　Thomas E. Dwyer, Jr.  (BBO No. 139660)
　　　　　　　　　　　　　　　　　　　Dwyer & Collora, LLP
　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　(617) 371-1000
　　　　　　　　　　　　　　　　　　　lcarafone@dwyercollora.com

Dated:　December 20, 2007

### CERTIFICATE OF SERVICE

　　I, Laurie C. Carafone, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 20, 2007.

　　　　　　　　　　　　　　　　　　　/s/Laurie C. Carafone

　　　　　　　　　　　　　　　　　　　Laurie C. Carafone

Case 1:05-cv-11853-PBS    Document 175    Filed 12/20/2007    Page 2 of 2