UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | Civ. A No. 05-11853-PBS |
| v. : | |
| BIOPURE CORPORATION, : THOMAS MOORE, HOWARD RICHMAN, : and JANE KOBER : | |
| Defendants. : | |

**NOTICE OF WITHDRAWAL OF R. DANIEL O'CONNOR**

Pursuant to Local Rule 85.5.2(c), R. Daniel O'Connor hereby withdraws as counsel for the Plaintiff Securities and Exchange Commission. Martin F. Healey will represent plaintiff in this matter.

    Respectfully submitted,

    /s/ R. Daniel O'Connor
    R. Daniel O'Connor
     oconnord@sec.com
     Senior Trial Counsel (BBO# 634207)
    ATTORNEYS FOR PLAINTIFF
    SECURITIES AND EXCHANGE COMMISSION
    33 Arch Street, 23rd Floor
    Boston, Massachusetts 02110
    (617) 573-8979 (O'Connor)
    (617) 573-4590 (Facsimile)

Dated: February 1, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no non registered participants to whom service must be made.

                              /s/ R. Daniel O'Connor
                              R. Daniel O'Connor (BBO# 634207)

Dated: February 1, 2008