UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civ. A No. 05-11853-PBS |
| v. | : | |
| | : | |
| BIOPURE CORPORATION, | : | |
| THOMAS MOORE, HOWARD RICHMAN, | : | |
| and JANE KOBER | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF MARTIN F. HEALEY

Plaintiff Securities and Exchange Commission (the "SEC") hereby requests that the clerk enter an appearance for Martin F. Healey as Counsel for the Plaintiff in this matter. Mr. Healey is registered in the Court's Electronic Case Filing system and his full name, address, and bar number are listed below.

Dated: February 1, 2008                             Respectfully submitted,

/s/ Martin F. Healey
Martin F. Healey (BBO 227550)
Healeym@sec.gov
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Tel (617) 573-8952
Fax (617)-424-5940

COUNSEL FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no non registered participants to whom service must be made.

Dated: February 1, 2008                  /s/ Martin F. Healey
                                                     Martin F. Healey (BBO 227550)