UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            :
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                        Plaintiff,          :     Civ. A No. 05-11853-PBS
        v.                                  :
                                            :
HOWARD RICHMAN,                             :
                                            :
                        Defendant.          :
_____:

**ASSENTED-TO MOTION TO MODIFY STAY OF ENTRY OF FINAL JUDGMENT
AGAINST DEFENDANT HOWARD RICHMAN**

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests a modification of the end date of the stay regarding entry of final judgment ("Stay") against defendant Howard Richman ("Richman") from on or about July 17, 2008 to 60 days from the date of this motion.

In support of its motion, the Commission states as follows:

1.      This is a civil enforcement action brought by the Commission. Defendant Richman is the only remaining defendant in this action.

2.      On July 17, 2007, the Court stayed this action and entry of final judgment against defendant Richman until on or about July 17, 2008, pending Commission approval of a settlement with defendant Richman. Also on July 17, 2007, the Court ordered this action closed.

3.      On December 13, 2007, Defendant Richman filed an assented to motion to re-open the case and to schedule a status conference. The Court granted his motion on December 14, 2007 and held a status conference with the parties on December 21, 2007, during which the parties reported that they had reached a settlement in principle.

4.  Commission counsel is currently seeking Commission approval of the revised offer of settlement from defendant Richman, but in light of the need to obtain additional documentation to update and assess certain facts concerning defendant Richman's financial condition, the Commission's review and approval process will not be completed prior to the scheduled expiration of the Stay on or about July 17, 2008. The Commission staff therefore respectfully requests that the Court extend the Stay for 60 days from the date of this motion to allow the Commission staff to seek Commission approval of the offer of settlement from defendant Richman.

5.  Counsel for defendant Richman assents to the relief sought by this motion.

WHEREFORE, the Commission respectfully requests that this Court modify the end date of the Stay regarding entry of final judgment against defendant Richman, from on or about July 17, 2008 to 60 days from the date of this motion.

Dated: July 7, 2008  
    Boston, Massachusetts

Respectfully submitted,

 /s/ Ellen Bober Moynihan  
Martin F. Healey (BBO# 227550)  
Ellen Bober Moynihan (BBO# 567598)  
33 Arch Street; 23rd Floor  
Boston, Massachusetts 02110-1424  
(617) 573-8913 (Moynihan)  
Counsel for Plaintiff  
Securities and Exchange Commission

**Certification Pursuant to Local Rule 7.1**

I, Ellen Bober Moynihan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no non registered participants to whom service must be made.

Dated: July 7, 2008

 /s/ Ellen Bober Moynihan  
Ellen Bober Moynihan